# Exhibit A

**Wyatt Wagner**
<wwagner@ccsknights.org>

to me, Pam,
Marissa,
Gabrielle, Lynn,
Alfred, Koreen,
James, Keith,
Robert

Dear Scott, Pam, and Marissa

I hope this message finds you well.

Recently, an incident occurred that I believe requires our collective attention and discussion. On November 6, 2024, the students and I utilized the gym for our 4-H program activities, specifically a game of "keepsie upsis" using an inflatable beach ball. I ensured that the students adhered to the rules I was previously informed about, such as not going into the storage closet alone, not using a real kickball in the gym, and not touching the items on the table.

However, I was informed by the students that the gym teacher made the 4H students walk for the entire class the following day. Furthermore, on November 7, 2024, the principal spoke to my students during our 4-H program. I find these actions to be unprofessional and concerning, especially since I was not contacted or consulted about any perceived issues prior to these actions being taken.

I believe it is crucial for us to have an open and constructive dialogue about this situation. Therefore, I am requesting an in-person meeting with all of you to discuss this matter further. I am confident that we can resolve this issue in a manner that is in the best interest of our students.

I expect this issue to be fully addressed by November 15, 2024.

Thank you for your attention to this matter. I look forward to hearing from you soon.

Best regards,

Wyatt Wagner