# EXHIBIT D



**Wyatt Wagner <wwagner@yolc.org>**

## Re: We want to hear from you! [#2319]
2 messages

**Michelle Carter** <MCarter@shapeamerica.org>                    Thu, Nov 6, 2025 at 3:24 PM
To: "wwagner@yolc.org" <wwagner@yolc.org>

Hi Wyatt,

Thank you for reaching out and for taking the time to review SHAPE America's position statement. I really appreciate your thoughtful questions about this issue.

To clarify, SHAPE America does **not support using physical activity—or withholding it—as a form of punishment or behavior management.** This includes requiring students to walk laps or do any form of physical activity as a consequence for behavior. Even though walking is a low-intensity activity, using it in this way still falls under the practice of *administering physical activity as punishment*, which our organization opposes.

Our goal is for students to have **positive and meaningful experiences** with physical activity so they develop lifelong enjoyment of movement. When activity is tied to negative outcomes or discipline, it can lead to harmful associations that discourage participation.

While we don't classify this practice as "corporal punishment," it can be considered an *aversive intervention*—something that's intended to correct behavior through discomfort or exclusion—which SHAPE America strongly discourages.

You can read our full, updated position statement here:

[Physical Activity Should Not Be Used as Punishment and/or Behavior Management (SHAPE America, 2021)](#)

Thanks again for reaching out and for your commitment to creating supportive, positive physical education environments for students.

Best,

**Michelle Carter**
Director of Educational Content and Programs

**SHAPE America**
Society of Health and Physical Educators
PO Box 225
Annapolis Junction, MD 20701
703.476.3481 | 703.476.8316 (Fax)
1.800.213.7193 x 125
mcarter@shapeamerica.org
www.shapeamerica.org