# Exhibit E



# Tabling
3 messages

---

**Wyatt Wagner** <wwagner@yolc.org>                                      Tue, Nov 19, 2024 at 11:14 AM
To: Brigitte Gillette <bgillette@ccsknights.org>

Hey Brigitte,

Would it be possible for me to table during the highschooler middle schooler lunch periods for a day to help get the word out there to the youth about our services and answer any questions they may have?

Wyatt Wagner
He/Him/His
Executive Director
Youth Of Lewis County
Phone: 315-816-6448

---

**Brigitte Gillette** <bgillette@ccsknights.org>                          Tue, Nov 19, 2024 at 12:03 PM
To: Wyatt Wagner <wwagner@yolc.org>

Yes, that would be fine. I've included Mariay Clemons in this response so you can coordinate with her.
[Quoted text hidden]

Confidentiality Notice: This electronic message and any attachments may contain confidential or privileged information, and is intended only for the individual or entity identified above as the addressee. If you are not the addressee (or the employee or agent responsible to deliver it to the addressee), or if this message has been addressed to you in error, you are hereby notified that you may not copy, forward, disclose or use any part of this message or any attachments. Please notify the sender immediately by return e-mail or telephone and delete this message from your system.

---

**Wyatt Wagner** <wwagner@yolc.org>                                      Wed, Nov 20, 2024 at 8:42 PM
To: mclemons@ccsknights.org

Hey, when would be a good day for me to come in and what time?
[Quoted text hidden]
--
*Wyatt Wagner*
**He/Him/His**
**Executive Director**
**Youth Of Lewis County**
**Phone: 315-816-6448**

*"The power of youth is the common wealth for the entire world. The faces of young people are the faces of our past, our present and our future. No segment in the society can match with the power, idealism, enthusiasm and courage of the young people."*
*— Kailash Satyarthi*



 

# Tableing
5 messages

**Wyatt Wagner** <wwagner@yolc.org>                                         Sat, Dec 28, 2024 at 12:33 PM
To: mclemons@ccsknights.org, Brigitte Gillette <bgillette@ccsknights.org>

Hey, can I have some dates? I can come into Copenhagen school during middle and highschool lunch hours to table.

thanks

--
*Wyatt Wagner*
**He/Him/His**
**Executive Director**
**Youth Of Lewis County**
**Phone: 315-816-6448**

*"The power of youth is the common wealth for the entire world. The faces of young people are the faces of our past, our present and our future. No segment in the society can match with the power, idealism, enthusiasm and courage of the young people."*
*— Kailash Satyarthi*



---

**Mariya Clemons** <mclemons@ccsknights.org>                                Mon, Dec 30, 2024 at 7:55 AM
To: Wyatt Wagner <wwagner@yolc.org>
Cc: Brigitte Gillette <bgillette@ccsknights.org>

Hi Wyatt,

You sure can. Please let me know which of the following dates would work best for you so that I can do the appropriate paperwork. The Timeframes for the Middle School and High School Lunches are from 10:46-11:16 MS & 11:26- 11:56 HS.

Thursday 1/9
Friday 1/10
Monday 1/13
Thursday 1/16

Have a great day!

Mariya
[Quoted text hidden]
--
## Mariya Clemons
Counseling Center Secretary
Copenhagen Central School
3020 Mechanic Street
PO Box 30
Copenhagen, NY 13626
315-688-4411 X7000
www.ccsknights.org
Class of 2000

Confidentiality Notice: This electronic message and any attachments may contain confidential or privileged information, and is intended only for the individual or entity identified above as the addressee. If you are not the addressee (or the employee or agent responsible to deliver it to the addressee), or if this message has been addressed to you in error, you are hereby notified that you may not copy, forward, disclose or use any part of this message or any attachments. Please notify the sender immediately by return e-mail or telephone and delete this message from your system.

**Wyatt Wagner** <wwagner@yolc.org>                                    Mon, Dec 30, 2024 at 8:57 AM
To: Mariya Clemons <mclemons@ccsknights.org>

The 13th works for me! Thank you so much! Let me know if u need anything from me.

Wyatt Wagner
He/Him/His
Executive Director
Youth Of Lewis County
Phone: 315-816-6448
[Quoted text hidden]

---

**Mariya Clemons** <mclemons@ccsknights.org>                            Fri, Jan 10, 2025 at 8:16 AM
To: Wyatt Wagner <wwagner@yolc.org>

Good morning Wyatt,

Just reaching back out to confirm that we are still on for you to visit Monday, January 13 from 10:30-12:00pm. There will be a table and chairs set up for you outside of the Cafe entrance/exit by the stairs leading to the main hallway. The Middle School lunch period begins at 10:46 and goes until 11:15. The High School lunch period begins at 11:26 and goes until 11:55. You will need to sign in at the Front (Attendance) Office with Mrs. Eisel and get a visitors pass for the day, then you will sign out with Mrs. Eisel when you leave. Please use the doors of the main entrance (by the flagpole) for your arrival and departure that day.

Please let me know if you have any questions.

Best Wishes,

Mariya

[Quoted text hidden]

---

**Wyatt Wagner** <wwagner@yolc.org>                                    Fri, Jan 10, 2025 at 8:18 AM
To: Mariya Clemons <mclemons@ccsknights.org>

Sounds good I'll be there, thanks!

Wyatt Wagner
He/Him/His
Executive Director
Youth Of Lewis County
Phone: 315-816-6448
[Quoted text hidden]