# Exhibit G



**Wyatt Wagner** <wwagner@yolc.org>

# URGENT! Concern Regarding Incident at Copenhagen Middle and High School

3 messages

---

**Wyatt Wagner** <wwagner@yolc.org>                                    Mon, Jan 13, 2025 at 12:49 PM
To: "lmurray@ccsknights.org" <lmurray@ccsknights.org>

Dear Copenhagen School Board Members,

I hope this email finds you well. My name is Wyatt Wagner, and I am a representative of Youth of Lewis County (YOLC), a nonprofit organization dedicated to providing free peer services, youth activities, and a platform for youth voices in our community. More information about our mission and services can be found on our website: yolc.org .

Today, Monday, January 13, 2025, I had the opportunity to visit Copenhagen Middle and High School during lunch periods with permission from the school guidance office to set up an informational table for Youth of Lewis County. During the setup process, Mr. Connel approached me and informed me that I could not remain on school premises. Despite my attempts to understand the reasoning behind this decision, I was unable to get a clear explanation.

I want to make it clear that Youth of Lewis County is a completely separate organization from Cornell Cooperative Extension, with which I was previously affiliated. I no longer work with Cornell in any capacity, and my presence at the school today was solely as a representative of YOLC.

During my visit today:
- I did not engage in any disruptive behavior.
- I did not raise my voice, touch anyone, or cause any disturbances.

However, I was informed by Mr. Connel that:
1. I was being trespassed from the school, effective immediately.
2. All Youth of Lewis County flyers would be removed from school premises.

I find this decision deeply concerning for several reasons:
- Youth of Lewis County is a critical resource for students at Copenhagen. Our organization provides free peer support, organizes youth activities, and empowers students to have a voice in their community. Many students from Copenhagen attend our events and benefit greatly from our services.
- This incident appears to stem from confusion regarding my past professional affiliation with Cornell, which is unrelated to my current work with YOLC.
- To my knowledge, I have not been previously trespassed from the school or informed of any policy violations.

Additionally, I cannot help but feel that this action by Mr. Connel may be retaliation related to events that occurred during my previous employment with Cornell. If this is indeed the case, it raises serious concerns about fairness and professionalism. I am happy to discuss in more detail if necessary to clarify any misunderstandings and ensure that my current work with Youth of Lewis County is not unfairly impacted by unrelated past matters.

I believe this action represents an overreach of authority and is detrimental to the students who rely on our services. I respectfully request a clear explanation of the reasoning behind today's actions and an opportunity to address this matter further.

Please contact me today directly at 315-816-644. Thank you for your attention to this matter, and I look forward to resolving this issue in a constructive manner for the benefit of the students we all serve.

Sincerely,

Wyatt Wagner
He/Him/His
Executive Director
Youth Of Lewis County
Phone: 315-816-6448

---

**Wyatt Wagner** <wwagner@yolc.org>                                    Tue, Jan 14, 2025 at 7:10 AM

To: "lmurray@ccsknights.org" <lmurray@ccsknights.org>

Good morning,
I am following up on this email, please give me a call ASAP after 8 30 am this morning.
Thanks
[Quoted text hidden]
--
### *Wyatt Wagner*
## He/Him/His
## Executive Director
## Youth Of Lewis County
## Phone: 315-816-6448

*"The power of youth is the common wealth for the entire world. The faces of young people are the faces of our past, our present and our future. No segment in the society can match with the power, idealism, enthusiasm and courage of the young people."*
*— Kailash Satyarthi*



---

**Wyatt Wagner** <wwagner@yolc.org>                                Thu, Jan 16, 2025 at 10:18 PM
To: lmurray@ccsknights.org, "gthompson@ccsknights.org" <gthompson@ccsknights.org>, "rstackel@ccsknights.org" <rstackel@ccsknights.org>, "atomaselli@ccsknights.org" <atomaselli@ccsknights.org>, "jharter@ccsknights.org" <jharter@ccsknights.org>, "kfreeman@ccsknights.org" <kfreeman@ccsknights.org>, "klee@ccsknights.org" <klee@ccsknights.org>

Dear board,

I hope this email finds you well. I am following up on my previous request for a conversation regarding concerns about potential retaliation. After reviewing the district's policies, I would like to specifically bring your attention to **Policy 3420/whistle blowers policy**, which outlines the district's stance on retaliation:

> *The District prohibits retaliation against any individual because the individual made a report or complaint, testified, assisted, or participated or refused to participate in an investigation, proceeding, or hearing related to a complaint of discrimination and/or harassment.*

The policy further states that complaints of retaliation must be directed to the **CRCO** or, if unavailable or conflicted, to an alternate designee with the appropriate training and qualifications. I am concerned that recent actions taken by the district may violate this policy and that these actions were retaliatory in nature.

To provide context:

1. **Superintendent's Letter**: I received a letter from Superintendent Scott Connell, which stated:
   > *I am the Superintendent of the Copenhagen Central School. Recently, while you were employed with an after-school program provider of the District, I was made aware of an incident that you were involved in on our school campus. After that incident occurred, you came to my office, unannounced, to confront me regarding the particulars of that incident. During that conversation in my office, your conduct and behavior was wholly inappropriate. As a result of the inappropriate nature of your behavior, I contacted your employer to request that they no longer schedule you to work at our District. Your employer at the time confirmed to me that they would place you elsewhere.*

   While I strongly disagree with the characterization of my behavior as "wholly inappropriate," I believe this response was retaliatory. My efforts to advocate for students and raise concerns about their treatment appear to have been met with disproportionate and punitive measures.

2. **January 13th Trespass Notice**: On **January 13th**, I came to the school with prior **written permission** to be on campus to table for youth of lewis county. However, the superintendent issued a **trespass notice** against me without inquiring about the purpose of my visit or asking why I was there. This action appears unjustified and further suggests a pattern of retaliation.

Given the timing and escalation of these actions, I am requesting a discussion to ensure that **Policy 3420** is being upheld and that retaliation is not being used as a response to advocacy or concerns. I would also like to confirm that the proper processes for handling retaliation complaints, as outlined in the policy, are being followed.

Please let me know a convenient time for a call or meeting to address this matter further. I am committed to resolving this issue constructively and collaboratively.

Thank you for your time and attention to this matter, and I look forward to your response.

Best regards,

Wyatt Wagner
He/Him/His
Executive Director
Youth Of Lewis County
Phone: 315-816-6448

[Quoted text hidden]