# Exhibit H1

STATE OF NEW YORK
DEPARTMENT OF EDUCATION

In the Matter of the Appeal of Wyatt Wagner,
                     Petitioner,

v.

Copenhagen Central School District and
Scott Connell, Superintendent of Schools
                  Respondents.

**Affidavit in Opposition
to Stay**

Appeal No.: 22315

State of New York     )
                        ) ss.:
County of Lewis      )

Luke Monnat, being duly sworn, deposes and says:

1. I am a Deputy Sheriff with the Lewis County Sheriff's department. Part of my duty assignment is as an SRO for Copenhagen Central School District. I have worked as an SRO at the school district since September 2022, and have over 16 years experience in law enforcement.

2. I was present on January 13, 2025, and present during Mr. Wagner's confrontation with not only the Superintendent, but his confrontation with me, as such I am fully familiar with the facts and circumstances herein.

3. This affidavit is submitted in opposition to the Petitioner, Mr. Wagner's petition to have trespass notice against him rescinded.

4. The decision for me to arrest Mr. Wagner with trespass on January 13, 2025 was only after giving Mr. Wagner multiple directives to leave the premises at the Superintendent's request. Mr. Wagner asked on multiple times through words and by actions (turning and crossing his hands behind his back) to be arrested, because that was the only way he was going to leave school property.

5. I saw Mr. Wagner come through the door, and I check the school's calendar system to see why Mr. Wagner was there. I was aware that Mr. Wagner had previously confronted the Superintendent and previously failed to follow reasonable directives about expected behavior on school property.

6. The most recent incident occurred in the presence of students and staff, further exacerbating the district's concerns regarding his conduct on school property.

7. I alerted the Superintendent on January 13, 2025 to Mr. Wagner's presence and he asked that I accompany him to Mr. Wagner's location which was just outside the cafeteria doors, which upon our approach to Mr. Wagner were open and there were students and staff members present.

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046

8. When we approached Mr. Wagner that day, he immediately took a defensive stance and rather than complying with the Superintendent's directive to leave Mr. Wagner turned his body towards us, outstretched his arms in our direction and stated, "It's public property. You can't tell me to leave. You're going to have to arrest me." Mr. Wagner's noncompliant, disruptive and unlawful behavior during that incident, demonstrate instability and lack of adherence to appropriate conduct while present on District property.

9. During this incident, Mr. Wagner escalated the situation by raising his voice in the presence of students and staff and refusing not only the Superintendent's directive to leave District property, but my directive. I was able to persuade Mr. Wagner to come to my office to discuss the matter, so that we could move from the student populated area. When we continued the conversation in my office, Mr. Wagner still continued to refuse to leave District property.

10. Mr. Wagner made several demands, one being that he wanted the New York State Troopers to respond. I contacted my Sergeant, Sergeant Schmitt, so that Sergeant Schmitt could attempt to get Mr. Wagner to comply with the reasonable directive to leave school property, and Mr. Wagner continued arguing with Sergeant Schmitt that it was public property and he could not be required to leave.

11. As a direct result of Mr. Wagner's refusal to leave District property, I was left with no choice but to issue a violation for trespass, and provided Mr. Wagner with an appearance ticket and escorted him out of the school building.

12. The District's Code of Conduct applies to all individuals, including staff, students, and visitors. Mr. Wagner repeatedly failed to meet these expectations, necessitating the decision to trespass him from district property. This decision was made after careful consideration and was not taken lightly, as it is the only time I have issued such an order in my long tenure as Superintendent.

13. Given Mr. Wagner's conduct should be monitored and his access to school district property be limited access giving District the opportunity to implement appropriate time, place and manner restrictions for that access.

Dated: March 12, 2025

_Luke Monnat_

Sworn to before me this
12th day of March, 2025.

_Candice Dean_
Notary Public

CANDICE A. DEAN
NOTARY PUBLIC-STATE OF NEW YORK
No 01DE6341352
Qualified In Jefferson County
My Commission Expires 05-02-2028

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046

3