# Exhibit H2

STATE OF NEW YORK
DEPARTMENT OF EDUCATION

In the Matter of the Appeal of Wyatt Wagner,
                Petitioner,

v.

Copenhagen Central School District and
Scott Connell, Superintendent of Schools
                Respondents.

Affidavit in Opposition
to Petition

Appeal No.: 22315

State of New York    )
                ) ss.:
County of Jefferson   )

Ed Merrill, being duly sworn, deposes and says:

1. I am a Custodian in the District, and have been employed by the District approximately four (4) years.

2. I have been asked by the District's legal counsel for my statement regarding my recollection of my observations of the Petitioner, Wyatt Wagner on January 13, 2025.

3. I was asked by a staff member to retrieve a table for an individual who wanted to have a table set up outside the cafeteria. When I retrieved the table and made my way to the foyer outside the cafeteria I noticed Mr. Wagner and another individual. Mr. Wagner was approached by the Superintendent, Scott Connell, who told Mr. Waganer that he was not supposed to be there. Mr. Wagner immediately began arguing with Mr. Connell. Mr. Wagner said words to the effect of "No I don't have to leave - I'm going to call the police." The SRO then told Mr. Wagner he was right there.

4. Mr. Wagner's acted like he was better than anyone else there and no one was going to tell him what to do.

5. This confrontation was just outside the cafeteria doors which got closed by the SRO during the confrontation.

6. During the time period I have worked under the direction of the Superintendent I do not recall the Superintendent ever restricting someone's access to the school. I have been notified that the Superintendent has restricted Mr. Wagner's access to school, I believe Mr. Wagner's behavior that day warrants future supervision if he is allowed on campus.

1

7.      Based on my observations on January 13, 2025, Mr. Wagner's behavior that day was not appropriate in front of students or what is expected of guests within the school district.


Dated: March 12, 2025           _Ed Merrill_____

                                                 Ed Merrill


Sworn to before me this
12th day of March, 2025.


_Candice Dean_____
Notary Public

CANDICE A. DEAN
NOTARY PUBLIC-STATE OF NEW YORK
No 01DE6341352
Qualified In Jefferson County
My Commission Expires 05-02-2028

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046

2