# Exhibit H3

STATE OF NEW YORK
DEPARTMENT OF EDUCATION

---

In the Matter of the Appeal of Wyatt Wagner,
        Petitioner,

v.

Copenhagen Central School District and
Scott Connell, Superintendent of Schools
        Respondents.

Affidavit in Opposition
to Petition

Appeal No.: 22315

---

State of New York    )
                 ) ss.:
County of Lewis     )

Carol Putman, being duly sworn, deposes and says:

1. I am a Food Service Worker in the District, and have been employed by the District for over twenty (20) years.

2. I have been asked by the District's legal counsel for my statement regarding my recollection of my observations of the Petitioner, Wyatt Wagner on January 13, 2025.

3. I noticed Mr. Wagner outside the cafeteria and noticed that the custodian was getting Mr. Wagner a table when Mr. Wagner was approached by the Superintendent, Scott Connell, who told Mr. Waganer that he was not supposed to be there. Mr. Wagner immediately began arguing with Mr. Connell. Mr. Wagner said words to the effect of "I'm going to call the police." The SRO then told Mr. Wagner he was right there. That is when I removed myself from the foyer to the cafeteria.

4. Mr. Wagner's tone and tenure was abrasive and negative, and he was refusing to leave telling the Superintendent "You can't tell me to leave – you're not the boss."

5. I have worked for the District for over twenty (20) years and I have never witnessed an individual being so disrespectful and confrontational. This confrontation was just outside the cafeteria doors which were initially open and the cafeteria had students and staff present.

6. I have worked under the direction of the Superintendent during his entire tenure in the District and to my knowledge I do not recall the Superintendent ever restricting someone's access to the school.

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046