# Exhibit H4

STATE OF NEW YORK
DEPARTMENT OF EDUCATION

In the Matter of the Appeal of Wyatt Wagner,
                          Petitioner,

v.                                                          Affidavit in Opposition
                                                            to Petition

Copenhagen Central School District and
Scott Connell, Superintendent of Schools                    Appeal No.: 22315
                          Respondents.

State of New York      )
                       ) ss.:
County of Lewis        )

Denean Clark, being duly sworn, deposes and says:

1.    I am the school nurse in the District, and have been employed by the District for approximately fifteen (15) years.

2.    I have been asked by the District's legal counsel for my statement regarding my recollection of my observations of the Petitioner, Wyatt Wagner on January 13, 2025.

3.    I noticed Mr. Wagner outside the cafeteria and noticed that the custodian was getting Mr. Wagner a table when Mr. Wagner was approached by the Superintendent, Scott Connell, who told Mr. Waganer words to the effect "you can't be here." Mr. Wagner immediately told Mr. Connell that "you can't tell me that I can't be here." Mr. Connell responded with words to the effect, "I can – and you can't be here."

4.    It was at this time that I removed myself from the area.

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046

1

5. Based on my observations on January 13, 2025, Mr. Wagner's behavior that day was not appropriate in front of students or what is expected of guests within the school district.

Dated: March 12, 2025

_____
Denean Clark

Sworn to before me this
12th day of March, 2025.

_____
Notary Public

CANDICE A. DEAN
NOTARY PUBLIC-STATE OF NEW YORK
No 01DE6341352
Qualified In Jefferson County
My Commission Expires 05-02-2028

Office of George R. Shaffer, III
Attorney for the Copenhagen Central School District
Jefferson-Lewis BOCES - Office of Inter-Municipal Legal Services
20104 State Route 3, Watertown, NY 13601 (315) 779-7046