# Exhibit H5

Affidavit of Vanna Wagner

STATE OF New York

COUNTY OF Lewis

I, Vanna Wagner, being duly sworn, depose and say:

---

1. My name is Vanna Wagner. I am a minor currently being homeschooled, which provides me with the flexibility to volunteer.
2. This affidavit is based on my personal experience during an incident that occurred on January 13, 2025, at approximately 10:15 AM, at Copenhagen School.

---

## 2. Background of the Incident

1. On January 13, 2025, my older brother, Wyatt Wagner, and I arrived at Copenhagen School to table for the agency he runs, Youth of Lewis County.
2. Upon signing in, we proceeded to the area where we were supposed to set up. The table and chairs we planned to use were not there.
3. Wyatt went to find a staff member to ask about the table and chairs. When he returned, we began unpacking to prepare for the table to be brought in.

---

## 3. Interaction with the Superintendent

1. While we were waiting, the superintendent and school officer came down the stairs and immediately told us that we could not be there.
2. Wyatt questioned why we were being asked to leave, but the superintendent did not provide a clear reason. Wyatt then asked if we could pack up our belongings, and the superintendent agreed.
3. After this, we began packing up, and the superintendent and school officer escorted us to the officer's office.

---

## 4. Events in the Officer's Office

1. Once in the officer's office, I stood back while the situation unfolded.
2. The superintendent still did not provide a specific reason for asking us to leave. However, when Wyatt mentioned that I was a minor, the focus of the situation seemed to shift from both of us to primarily Wyatt.

3. As Wyatt and the superintendent argued both of their voices began to raise. As Wyatt's younger sibling, I can acknowledge that he has struggled with his tone in the past due to his autism, and he sometimes does not realize when his voice is getting louder. However, during this incident, it did not appear to me that Wyatt had done anything to warrant what was happening.

---

## 5. My Observations and Feelings

1. I understand that I may have bias as Wyatt's sibling, but I felt the superintendent's behavior during the situation was rude and uncalled for, as he was the one in a position of authority over us.
2. After the incident, I told others that the superintendent acted unprofessionally including, while Wyatt was on the phone in the officer's office, I observed the superintendent standing in the hallway, smirking and laughing at what Wyatt was saying on the phone.

---

## 6. Closing Statement

1. This affidavit is a true and accurate account of the events as I experienced them on January 13, 2025.
2. I am providing this statement to the best of my ability and knowledge, based on my observations and involvement in the incident.

---

Vanna Wagner

6699 Number Four rd,

Lowville, NY, 13367

Signature: _____

Date: _2/25/2025_

**Parent/Guardian Consent**

I, Cori Wagner, am the parent/legal guardian of Vanna Wagner. I have reviewed this affidavit and consent to its submission on behalf of my minor child.

**Parent/Guardian Name:** Cori Wagner

**Parent/Guardian Signature:** _____

**Date:** _2/25/2025_

Sworn to and subscribed before me this _25 FeB_, 2025.

Notary Public: _Alexischurchwell_

My commission expires: _May 14 2028_

ALEXIS CHURCHWELL
Notary Public - State of New York
NO. 01CH0024655
Qualified in Jefferson County
My Commission Expires May 14, 2028