# Exhibit I

# COPENHAGEN CENTRAL SCHOOL DISTRICT

**BOARD OF EDUCATION**
Lynn Murray
  President
Alfred Tomaselli
  Vice President
Koreen Freeman
James Harter
Keith Lee
Robert Stackel
Gabrielle Thompson

## SCOTT N. CONNELL
## SUPERINTENDENT

PO BOX 30
Copenhagen, NY 13626
(p) 315-688-4411
(f) 315-688-2001
www.ccsknights.org

Sarah Potter
  6-12 Principal
Pamela Ratliff
  UPK-5 Principal
Scot Luther
  Business Manager
Logan Spaulding
  Athletic Coordinator
Lukas Sullivan
  District Clerk

January 15, 2025
**By Hand Delivery and Certified U.S. Mail**

Wyatt Wagner
9502 State Route 12, Apt 2
Copenhagen, New York  13626

### RE:  Copenhagen Central School District Notice of No Trespass

Dear Sir:

I am the Superintendent of the Copenhagen Central School.  Recently, while you were employed with an after school program provider of the District, I was made aware of an incident that you were involved in on our school campus.  After that incident occurred, you came to my office, unannounced, to confront me regarding the particulars of that incident.  During that conversation in my office, your conduct and behavior was wholly inappropriate.  As a result of the inappropriate nature of your behavior, I contacted your employer to request that they no longer schedule you to work at our District.  Your employer at the time confirmed to me that they would place you elsewhere.

On January 13, 2025 at approximately 10:15AM, our school resource officer brought it to my attention that you were present on the school campus again.  At that time, I immediately exited the meeting that I was participating in to locate you with our school resource officer to determine the purpose of your presence on campus.  When we approached you near the school cafeteria, you immediately became defensive in stature and verbally made it clear that you would not willingly leave.  Your behavior was alarming enough to our school resource officer that he believed it prudent to close the doors to the cafeteria to ensure the safety of the students and staff that were present nearby.  As a result of your behavior I repeatedly requested that you leave campus, to which you continued to refuse.  You further insisted that we would need to arrest you for you to leave.  Unfortunately, you had to be arrested to be removed from school district property.  Your boisterous behavior in the district created a disturbance that detracts from a peaceful learning and working environment for our students and staff.  This behavior cannot continue and will not be tolerated.

New York State Education Law §414 and §2801 as well as Copenhagen School District Board Policy §§ 3000, 3280 (as well as the Code of Conduct §3410 referenced in §3000 and §3280), and §4310 grants the Copenhagen Central School District and the Superintendent the express and implied authority to proscribe rules for the health, safety, and welfare of the District, its staff,

students, and buildings, including the right to prohibit access to District property. Due to your recent pattern of conduct, the District is banning you from all school property without my express written permission. You are prohibited from entering upon any Copenhagen Central School District property without express prior written consent from the office of the Superintendent. Should you be found on Copenhagen Central School District property without permission, you will be subject to arrest and the District may pursue prosecution to the fullest extent of the law.

If you wish to access the campus, you will need to make a written request to me by either written letter at the above address or email directly to me at sconnell@ccsknights.org. In that request, you will need to provide the purpose of the access you are seeking (ie. To attend a School Board Meeting, academic or extracurricular activity, to vote, etc.), your involvement with the stated purpose of the access (i.e. parent of participating student, advocate, etc.), and the exact time and date for which access is being requested. Please note that to allow sufficient time to review your request, your request should be received by the District no later than three (3) business days prior to the time and date of the requested access. Once I have personally reviewed your request, I will provide you with a written response.

If you wish to challenge my decision to limit your access to District property, you may appeal to the New York State Commissioner of Education within thirty (30) days of this decision. You may initiate your appeal to the New York State Commissioner of Education, Office of Counsel, Education Building, Room 148 EB, Albany, New York 12234, which may be contacted at (518) 474-3852.

You may request that I review these restrictions on an annual basis beginning twelve months from the date of this letter by submitting a written request to my office at the above listed address

Respectfully yours,

Scott Connell, Superintendent

cc: Board of Education