# Exhibit J



| Book | Copenhagen CSD Policy Manual |
| --- | --- |
| Section | 4000 Administration |
| Title | Administrative Organization and Operation |
| Code | 4210 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: ADMINISTRATIVE ORGANIZATION AND OPERATION**

The basic principles of administrative organization and operation are:

a. The working relationships will involve two types of officers: line and staff. Line organization involves a direct flow of authority upward and downward from Superintendent to building principal. A line officer has power and authority over subordinates. Staff officers do not stand in the direct line of authority; they serve as coordinators or consultants.

b. The Board will formulate and legislate educational policy.

c. Administrative regulations will be developed by the Superintendent in cooperation with affected or interested staff members or lay persons.

d. The District Office staff will provide overall leadership and assistance in planning and research.

e. Areas of responsibility for each individual will be clearly defined.

f. There will be freedom of communication between all levels in the school staff.

**Line Responsibility**

All employees of the District will be under the general direction of the Superintendent. Teachers will be immediately responsible to the principal of the building in which they work. Other employees will be immediately responsible to the administrative personnel under whom they work directly.

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
| --- | --- |
| Section | 3000 Community Relations |
| Title | Diversity, Equity, and Inclusion in the District |
| Code | 3430 |
| Status | Active |
| Adopted | January 23, 2023 |

**SUBJECT:   DIVERSITY, EQUITY, AND INCLUSION IN THE DISTRICT**

**Overview**

Research shows that all students benefit when schools implement strong diversity, equity, and inclusion (DEI) policies and practices. These benefits include academic, cognitive, civic, social-emotional, and economic. This is true regardless of a school's geographic location or the demographic composition of its students and staff.

This policy provides a framework as to how the District will foster DEI in its schools. This policy considers the entirety of the educational process by addressing the following essential elements: governance; teaching and learning; family and community engagement; workforce diversity; diverse schools and learning opportunities; and student supports, discipline, and wellness. It is just one component of the District's overall commitment to maintaining a diverse, equitable, and inclusive educational and work environment.

**Defining Diversity, Equity, and Inclusion**

For purposes of this policy:

a. "Diversity" includes, but is not limited to:  race; color; ethnicity; nationality; religion; socioeconomic status; veteran status; education; marital status; language; age; gender; gender expression; gender identity; sexual orientation; mental or physical ability; genetic information; and learning style.

b. "Equity" includes, but is not limited to, seeking the fair treatment, access, opportunity, and advancement for all while striving to identify and eliminate barriers that have prevented the full participation of all groups.

c. "Inclusion" includes, but is not limited to, authentically bringing traditionally excluded individuals and/or groups into processes, activities, and decision/policy making in a way that shares power and ensures equal access to opportunities and resources.

These descriptions are not intended to be exhaustive. Rather, they are meant to be foundational and provide clarity to the concepts of diversity, equity, and inclusion.

**Governance**

<u>DEI Committee</u>

The District has established a DEI Committee that meets periodically throughout the year. The purpose of the DEI Committee is to assist the District in creating and implementing plans that advance the District's commitment to maintaining a diverse, equitable, and inclusive environment where all individuals feel valued and respected. As needed, the DEI Committee will also review District policies, practices, and programs and provide suggestions as to how they could potentially be modified to better promote DEI.

The District will actively seek members for the DEI Committee through the use of email, newsletters, the District's website, the District's social media page(s), and/or advertisements.

The DEI Committee will be representative of all stakeholders, and may include (to the extent possible), but not be limited to, representatives from the following groups:

a. Students;

b. Parents and persons in parental relation;

c. District/building administrators;

d. Teachers, including at least one special education teacher;

e. Guidance staff, including at least one school psychologist, social worker, or counselor;

f. Other District staff;

g. The Board; and

h. Community members.

**Teaching and Learning**

The District will strive to advance inclusive and culturally responsive teaching and learning through, but not limited to, the following means: curricula in all content areas; books and instructional materials; pedagogical practices and professional development; classroom grouping policies and practices; student support systems for all developmental pathways; full and equitable opportunities to learn for all students; and multiple assessment measures. As part of this effort, the District will seek to:

a. Implement a Culturally Responsive-Sustaining (CR-S) Education Framework that embeds the ideals of diversity, equity, and inclusion by creating student-centered learning environments that:

1. Affirm cultural identities;

2. Foster positive academic outcomes;

3. Develop students' abilities to connect across lines of difference;

4. Elevate historically marginalized voices;

5. Empower students as agents of social change; and

6. Contribute to individual student engagement, learning, growth, and achievement through the cultivation of critical thinking.

b. Develop curricula that incorporates diverse perspectives, materials, and texts so that students are taught topics not just from one single perspective, but from multiple perspectives.

c. Offer coherent opportunities for students to actively participate in experiences that prepare them for a lifetime of civic engagement and contributions to social justice, including, for example, completing projects that enable them to apply the learning they have acquired within and across subject areas.

d. Encourage academic discussions about racism and bigotry.

**Family and Community Engagement**

The District will strive to foster family and community engagement practices that are based on mutual trust, confidence, and respect. As part of this effort, the District will seek to:

a. Encourage participation from all stakeholders in community building conversations.

b. Reduce language barriers through various means, including, but not limited to, providing translated communications when appropriate.

c. Leverage partners such as the county government and local community organizations in developing DEI programs and activities for the District.

**Workforce Diversity**

The District will strive to create a workforce that is not only diverse and inclusive, but one that recognizes and values the differences among people. As part of this effort, the District will seek to:

a. Recruit and retain a diverse workforce in all areas and at all levels, thereby reducing stereotypes and preparing students for an increasingly global society.

b. Provide staff with opportunities for professional development on cultural proficiency.

**Diverse Schools and Learning Opportunities**

The District will strive to promote diverse, equitable, and inclusive classrooms in which students have equal access and opportunities to learn and realize their full potential. As part of this effort, the District will seek to:

a. Take creative steps to enhance the level of socioeconomic and racial diversity within District schools.

b. Eliminate the use of terms and phrases within District schools that perpetuate negative stereotypes and minimize student opportunities.

c. Create coursework, programs, and activities that are accessible to all students, regardless of their disability status, native language, income level, or any other basis.

**Student Supports, Discipline, and Wellness**

The District will strive to focus on the well-being of the "whole child." As part of this effort, the District will seek to:

a. Employ programs and practices that enhance all students' self-identity, self-confidence, and self-esteem.

b. Maintain non-discriminatory discipline policies and practices.

c. Consider and address the full range of student developmental pathways.

**Training**

To foster DEI in its schools, the District will provide DEI training to staff and students, as appropriate. This training may be delivered in various forms including, but not limited to:  workshops; instructor-led classes; webinars; videos; workbooks; pamphlets; and/or emailed information. Although specific objectives will vary from training to training, in general, trainings will be designed to:

a. Increase awareness of the content of this policy and/or various DEI issues; and

b. Promote a welcoming and inclusive environment for all District community members.

Special trainings may be provided to members of the DEI Committee.

**Notification**

The District will share information about this policy via the District website and/or District-wide communications, as appropriate.

Adopted:  1/23/23



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 7000 Students |
| Title | Due Process Complaints: Selection and Board Appointment of Impartial Hearing Officers |
| Code | 7670 |
| Status | Active |
| Adopted | June 28, 2021 |
| Last Revised | November 20, 2023 |

**SUBJECT: DUE PROCESS COMPLAINTS: SELECTION AND BOARD APPOINTMENT OF IMPARTIAL HEARING OFFICERS**

### Due Process Complaints

The District is committed to making every effort to amicably resolve disputes regarding educational programs for students with disabilities. In the event these disputes cannot otherwise be resolved, either a parent or the District may file a due process complaint challenging the identification, evaluation, or educational placement of a student with a disability, or a student suspected of having a disability, or the provision of a free appropriate public education to the student. The complainant may not have an impartial due process hearing until the complainant, or the attorney representing the complainant, files a due process complaint notice that meets the requirements set forth in law for the notice. All due process hearings will be conducted in a manner consistent with the timelines and procedures set forth in law and regulation.

Except as otherwise provided by law, all requests for impartial due process hearings must be submitted within two years of the date the parent or the District knew or should have known about the alleged action forming the basis of the complaint. Upon receipt or filing of the due process complaint notice, the District will provide the most current version of the procedural safeguards notice to the parents. The District will also inform parents in writing of the availability of mediation and any free or low-cost legal and other relevant services available in the area.

An impartial due process hearing will be conducted at a time and location reasonable and convenient to the parent and student involved. The hearing will be closed to the public unless the parent requests otherwise.

A student whose education is the subject of a due process complaint will remain in his or her current placement during the pendency of the impartial due process hearing unless both parties agree or as otherwise permitted by law.

### Resolution Process

Prior to the opportunity for an impartial due process hearing, the District will convene a meeting with the parents and the relevant member or members of the Committee on Special Education or Committee on Preschool Special Education who have specific knowledge of the facts identified in the complaint. This meeting will provide the parents with an opportunity to discuss their complaint and the facts that form the basis of the complaint, and an opportunity to resolve the complaint with the District. The District will take steps to ensure that one or both of the parents of the student with a disability are present at the resolution meeting, and will notify parents of the meeting early enough to ensure that they have the opportunity to attend. The resolution meeting will be at a mutually agreed upon time and place, and in a location that is accessible to the parents. The District will ensure that all resolution meetings conform to the requirements set forth in the Commissioner's regulations.

The parents and the District may agree, in writing, however, to waive the resolution process or agree to use the mediation process to resolve the dispute.

### Selection and Board Appointment of Impartial Hearing Officers

In the event a due process complaint notice is properly filed, the Board will arrange for an impartial due process hearing to be conducted. In these instances, the Board will immediately, but not later than two business days after receipt of the due process complaint notice or mailing of the due process complaint notice to the parent, initiate the process to select an Impartial Hearing Officer (IHO) through a rotational selection process. To expedite this process, the Board may designate one or more of its members to appoint the IHO on its behalf.

The District will utilize the New York State Education Department's (SED) Impartial Hearing Reporting System to access the alphabetical list of the names of each IHO certified in New York State and available to serve in the District. The appointment of an IHO will be made only from this list and in accordance with the alphabetical rotation selection process and the timelines and procedures established by the Commissioner of Education. The District will record and report required information relating to the selection of IHOs and the conduct of impartial due process hearings according to the manner and schedule specified by SED.

The District will be responsible for compensating the IHO for prehearing, hearing, and post-hearing activities at the rate agreed upon at the time of the IHO's appointment. The District will also reimburse the IHO for certain travel and other hearing-related expenses in accordance with an annually determined schedule.


Individuals with Disabilities Education Act (IDEA), 20 USC Section 1400 et seq.
34 CFR Part 300
Education Law Sections 4005, 4202, 4404(1), and 4410(7)
8 NYCRR Sections 200.2 and 200.5


NOTE: Refer also to Policies #7313 -- Suspension of Students
                            #7660 -- Parent Involvement for Children with Disabilities
                            #7690 -- Special Education Mediation


Adopted: 6/28/21
Retired:  11/20/23



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 6000 Personnel |
| Title | Equal Employment Opportunity |
| Code | 6120 |
| Status | Active |
| Adopted | June 28, 2021 |

## SUBJECT: EQUAL EMPLOYMENT OPPORTUNITY

### Overview

The District is committed to creating and maintaining an environment which is free from discrimination and harassment. This policy addresses employment discrimination. It is just one component of the District's overall commitment to maintaining a discrimination and harassment-free educational and work environment.

Consistent with this commitment and in accordance with law and regulation, the District is an equal opportunity employer that does not discriminate against any employee or applicant for employment in its programs and activities on the basis of any legally protected class or category including, but not limited to: age; race; creed; religion; color; national origin; sexual orientation; gender identity or expression; military status; sex; disability; predisposing genetic characteristics; familial status; marital status; status as a victim of domestic violence; and criminal arrest or conviction record.

The District adopts this policy as part of its effort to provide for the prompt and equitable resolution of complaints of employment discrimination. The District will promptly respond to reports of employment discrimination, ensure that all investigations are conducted within a reasonably prompt time frame and under a predictable fair grievance process that provides due process protections, and impose disciplinary measures and implement remedies when warranted.

Inquiries about this policy may be directed to the District's Civil Rights Compliance Officer(s) (CRCO(s)).

Reporting Allegations of Employment Discrimination

Any person may report employment discrimination regardless of whether they are the alleged victim or not. Reports of employment discrimination may be made orally or in writing to the District's CRCO or any other District employee including, but not limited to, a supervisor or building principal.

All District employees who witness or receive an oral or written report of employment discrimination must immediately inform the CRCO. Failure to immediately inform the CRCO may subject the employee to discipline up to and including termination. If the CRCO is unavailable, including due to a conflict of interest or other disqualifying reason, the report will be directed to another CRCO, if the District has designated another individual to serve in that capacity. If the District has not designated another CRCO, the Superintendent will ensure that another person with the appropriate training and qualifications is appointed to act as the CRCO.

Additionally, District employees must comply with reporting requirements in any other applicable District policy or document. Applicable policies or documents may include: Policy #3420 -- Non-Discrimination and Anti-Harassment in the District.

### Grievance Process for Complaints of Employment Discrimination

The District will act to promptly, thoroughly, and equitably investigate all complaints, whether oral or written, of employment discrimination and will promptly take appropriate action to protect individuals from further discrimination.

Various District policies and documents address employment discrimination. These policies and documents may include: Policy #3420 -- Non-Discrimination and Anti-Harassment in the District. All complaints will be handled in accordance with the applicable District policies and/or documents.

The determination as to which District policies and/or documents are applicable is fact specific, and the CRCO may work with other District staff to determine which District policies and/or documents are applicable to the specific facts of the complaint.

If an investigation reveals that employment discrimination has occurred, the District will take immediate corrective action as warranted. This action will be taken in accordance with applicable law and regulation, as well as any applicable District policy, regulation, procedure, collective bargaining agreement, third-party contract, or other document such as the District's Code of Conduct.

**Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)**

The District prohibits retaliation against any individual because the individual made a report or complaint, testified, assisted, or participated or refused to participate in an investigation, proceeding, or hearing related to a complaint of employment discrimination.

Complaints of retaliation may be directed to the CRCO. If the CRCO is unavailable, including due to a conflict of interest or other disqualifying reason, the report will be directed to another CRCO, if the District has designated another individual to serve in that capacity. If the District has not designated another CRCO, the Superintendent will ensure that another person with the appropriate training and qualifications is appointed to act as the CRCO.

Where appropriate, follow-up inquiries will be made to ensure that the discrimination has not resumed and that those involved in the investigation have not suffered retaliation.

8 USC Section 1324b
29 USC Section 206
42 USC Section 1981
Age Discrimination in Employment Act of 1967 (ADEA), 29 USC Section 621 et seq.
Americans with Disabilities Act (ADA), 42 USC Section 12101 et seq.
Genetic Information Non-Discrimination Act (GINA), 42 USC Section 2000ff et seq.
National Labor Relations Act (NLRA), 29 USC Section 151 et seq.
Section 504 of the Rehabilitation Act of 1973, 29 USC Section 790 et seq.
Title VI of the Civil Rights Act of 1964, 42 USC Section 2000d et seq.
Title VII of the Civil Rights Act of 1964, 42 USC Section 2000e et seq.
Title IX of the Education Amendments Act of 1972, 20 USC Section 1681 et seq.
Uniformed Services Employment and Reemployment Rights Act (USERRA), 38 USC Section 4301 et seq.
28 CFR Part 35
29 CFR Chapter I — National Labor Relations Board
29 CFR Chapter XIV — Equal Employment Opportunity Commission
34 CFR Parts 100, 104, and 106
45 CFR Part 86
Civil Rights Law Sections 40, 40-a, 40-c, 47-a, 47-b, and 48-a
Civil Service Law Sections 75-b and 115
Correction Law Section 752
Labor Law Sections 194-a, 201-d, 201-g, 203-e, 206-c, and 215
New York State Human Rights Law, Executive Law Section 290 et seq.
Military Law Sections 242, 243, and 318
9 NYCRR Section 466 et seq.

NOTE: Refer also to Policies #3420 -- Non-Discrimination and Anti-Harassment in the District
#3421 -- Title IX and Sex Discrimination
#6121 -- Sexual Harassment in the Workplace
#6122 -- Employee Grievances

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 6000 Personnel |
| Title | Determination of Employment Status: Employee or Independent Contractor |
| Code | 6560 |
| Status | Active |
| Adopted | June 28, 2021 |
| Last Revised | December 13, 2023 |

**SUBJECT:  DETERMINATION OF EMPLOYMENT STATUS: EMPLOYEE OR INDEPENDENT CONTRACTOR**

The District has the primary responsibility for determining whether an individual is rendering services as an employee or as an independent contractor. When making this determination, the District must consider the factors set forth in state regulations.

A certification of the determination that an individual is an employee is required when the District initially reports to the New York State and Local Retirement System (NYSLRS) certain covered professionals, including those persons providing services as an attorney, physician, engineer, architect, accountant, or auditor.

**Definitions**

"Employee" means an individual performing services for the District for which the District has the right to control the means and methods of what work will be done and how the work will be done.

"Independent contractor" means a consultant or other individual engaged to achieve a certain result for the District, but who is not subject to the direction of the District as to the means and methods of accomplishing the result. The District will not enter into agreements with independent contractors for instructional services except under the limited circumstance permitted by the New York State Education Department (NYSED).

**Employees to be Reported to NYSLRS**

All persons employed by the District will be included in the reporting requirements. The District will provide the information deemed necessary by the retirement system for all employees except those who actively participate in another public retirement system or program. In the case of employees who are in the process of being registered to membership, all service, salary, and deduction data and mandatory contributions will be accumulated by the District and the accumulation will be included with the first monthly report which is due after the employee's registration or identification number has been assigned.

An individual serving the District as an independent contractor or consultant is not an employee and should not be reported to the retirement system.

**Employer Reporting of Certain Professions**

In the case of an individual whose service has been engaged by the District in the capacity of attorney, physician, engineer, architect, accountant, or auditor and the District has determined that the individual is rendering service as an employee and, therefore, may be eligible for credit with a retirement system, the District will submit to the retirement system, in a form prescribed by the Comptroller and certified by the Chief Fiscal Officer of the District, an explanation of the factors that led to the conclusion that the individual is an employee and not an independent contractor or consultant.

When making a determination as to an individual's status as an employee or independent contractor, no single factor will be considered to be conclusive of the issue. All factors will be considered in making an assessment of an individual's status when engaged to perform services.

The District will also complete, as necessary, a Certification Form for Individuals Engaged in Certain Professions (Form RS 2414) as promulgated by the Office of the New York State Comptroller.

**Legal Services**

<u>Charging for Legal Services</u>

An attorney will not simultaneously be an independent contractor and an employee of the District for the purpose of providing legal services to the District.

An attorney who is not an employee of the District will not seek to be or be considered, treated or otherwise reported by the District as an employee for purposes of compensation, remuneration, health insurance, pension, and all associated employment-related benefits and emoluments.

<u>Reports Regarding Attorneys</u>

The District will, on or before the 45th day after the commencement of its fiscal year, file with NYSED, the State Comptroller, and the Attorney General a report specifying:

    a. All attorneys who provide legal services to the District or Board;

    b. Whether the District or Board hired those attorneys as employees; and

    c. All remuneration and compensation paid for legal services.

<u>Protection Against Fraud</u>

Any person who knowingly makes any false statement, or falsifies or permits to be falsified any record or records of the retirement system in any attempt to defraud the system, or who receives certain benefits or payments in excess of statutory limits, as a result of those acts, will be guilty of criminal conduct, and will be punished under the laws of New York State.


Education Law Sections 525, 2050-2054
Retirement and Social Security Law Sections 11, 34, 311, and 334
2 NYCRR Sections 315.2 and 315.3


NOTE:    Refer also to Policy #1337 -- <u>Duties of the School Attorney</u>


Adopted:  6/28/21
Revised:  12/13/23



| | |
|---|---|
| Book | Copenhagen CSD Policy Manual |
| Section | 6000 Personnel |
| Title | Employee Grievances |
| Code | 6122 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: EMPLOYEE GRIEVANCES**

In accordance with Article 15-C of the General Municipal Law, all District employees will have the opportunity to present grievances free from interference, coercion, restraint, discrimination, or reprisal. The District will provide at least two procedural stages and an appellate stage for the settlement of any employee grievance.

General Municipal Law Sections 681-685

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 3000 Community Relations |
| Title | Non-Discrimination and Anti-Harassment in the School District |
| Code | 3420 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: NON-DISCRIMINATION AND ANTI-HARASSMENT IN THE DISTRICT**

**Overview**

The District is committed to creating and maintaining an environment which is free from discrimination and harassment. This policy addresses complaints of discrimination and/or harassment made under applicable federal and state laws and regulations, as well as any applicable District policy, regulation, procedure, or other document such as the District's Code of Conduct. It is just one component of the District's overall commitment to maintaining a discrimination and harassment-free educational and work environment.

In accordance with applicable federal and state laws and regulations, the District does not discriminate on the basis of any legally protected class or category in its education programs and activities or when making employment decisions. Further, the District prohibits discrimination and harassment on school property and at school functions on the basis of any legally protected class including, but not limited to:

a. Race;

b. Color;

c. Religion;

d. Disability;

e. National origin;

f. Sexual orientation;

g. Gender identity or expression;

h. Military status;

i. Sex;

j. Age; and

k. Marital status.

The District adopts this policy as part of its effort to provide for the prompt and equitable resolution of complaints of discrimination and/or harassment. The District will promptly respond to reports of discrimination and/or harassment, ensure that all investigations are conducted within a reasonably prompt time frame and under a predictable fair grievance process that provides due process protections, and impose disciplinary measures and implement remedies when warranted.

Inquiries about this policy may be directed to the District's Civil Rights Compliance Officer(s) (CRCO(s)).

<u>Scope and Application</u>

This policy outlines the District's general approach to addressing complaints of discrimination and/or harassment. This policy applies to the dealings between or among the following parties on school property and at school functions:

a. Students;

b. Employees;

c. Applicants for employment;

d. Paid or unpaid interns;

e. Anyone who is (or is employed by) a contractor, subcontractor, vendor, consultant, or other person providing services pursuant to a contract in the workplace;

f. Volunteers; and

g. Visitors or other third parties.

Further, discrimination and/or harassment that occurs off school property and somewhere other than a school function can disrupt the District's educational and work environment. This conduct can occur in-person or through phone calls, texts, emails, or social media. Accordingly, conduct or incidents of discrimination and/or harassment that create or foreseeably create a disruption within the District may be subject to this policy in certain circumstances.

Other District policies and documents such as regulations, procedures, collective bargaining agreements, and the District's Code of Conduct may address misconduct related to discrimination and/or harassment and may provide for additional, different, or more specific grievance procedures depending on a number of factors including, but not limited to, who is involved, where the alleged discrimination and/or harassment occurred, and the basis of the alleged discrimination and/or harassment. These documents must be read in conjunction with this policy.

The dismissal of a complaint under one policy or document does not preclude action under another related District policy or document.

## Definitions

For purposes of this policy, the following definitions apply:

a. "School property" means in or within any building, structure, athletic playing field, playground, parking lot, or land contained within the real property boundary line of any District elementary or secondary school, or in or on a school bus or District vehicle.

b. "School function" means a school-sponsored or school-authorized extracurricular event or activity regardless of where the event or activity takes place, including any event or activity that may take place virtually or in another state.

## What Constitutes Discrimination and Harassment

Determinations as to whether conduct or an incident constitutes discrimination and/or harassment will be made consistent with applicable federal and state laws and regulations, as well as any applicable District policy, regulation, procedure, or other document such as the District's Code of Conduct. These determinations may depend upon a number of factors, including, but not limited to: the particular conduct or incident at issue; the ages of the parties involved; the context in which the conduct or incident took place; the relationship of the parties to one another; the relationship of the parties to the District; and the protected class or characteristic that is alleged to have been the basis for the conduct or incident. The examples below are intended to serve as a general guide for individuals in determining what may constitute discrimination and/or harassment. These examples should not be construed to add or limit the rights that individuals and entities possess as a matter of law.

Generally stated, discrimination consists of the differential treatment of a person or group of people on the basis of their membership in a legally protected class. Discriminatory actions may include, but are not limited to: refusing to promote or hire an individual on the basis of his or her membership in a protected class; denying an individual access to facilities or educational benefits on the basis of his or her membership in a protected class; or impermissibly instituting policies or practices that disproportionately and adversely impact members of a protected class.

Generally stated, harassment consists of subjecting an individual, on the basis of his or her membership in a legally protected class, to unwelcome verbal, written, or physical conduct which may include, but is not limited to: derogatory remarks, signs, jokes, or pranks; demeaning comments or behavior; slurs; mimicking; name calling; graffiti; innuendo; gestures; physical contact; stalking; threatening; bullying; extorting; or the display or circulation of written materials or pictures.

This conduct may, among other things, have the purpose or effect of: subjecting the individual to inferior terms, conditions, or privileges of employment; creating an intimidating, hostile, or offensive environment; substantially or unreasonably interfering with an individual's work or a student's educational performance, opportunities, benefits, or well-being; or otherwise adversely affecting an individual's employment or educational opportunities. Petty slights or trivial inconveniences generally do not constitute harassing conduct.

## Civil Rights Compliance Officer

The District has designated the following District employee(s) to serve as its CRCO(s):

Superintendent
3020 Mechanic St., Copenhagen, NY 13626
315-688-4411

Building Principal
3020 Mechanic St., Copenhagen, NY 13626
315-688-4411

The CRCO(s) will coordinate the District's efforts to comply with its responsibilities under applicable non-discrimination and anti-harassment laws and regulations including, but not limited to: the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, Title VI of the Civil Rights Act of 1964, and the Age Discrimination Act of 1975.

Where appropriate, the CRCO(s) may seek the assistance of other District employees, such as the District's Title IX Coordinator(s) or Dignity Act Coordinator(s) (DAC(s)), or third parties in investigating, responding to, and remedying complaints of discrimination and/or harassment.

## Reporting Allegations of Discrimination and/or Harassment

Any person may report discrimination and/or harassment regardless of whether they are the alleged victim or not. Reports may be made in person, by using the contact information for the CRCO, or by any other means that results in the CRCO receiving the person's oral or written report. This report may be made at any time (including during non-business hours) by using the telephone number or email address, or by mail to the office address, listed for the CRCO.

Reports of discrimination and/or harassment may also be made to any other District employee including a supervisor or building principal. All reports of discrimination and/or harassment will be immediately forwarded to the CRCO. Reports may also be forwarded to other District employees depending on the allegations.

All District employees who witness or receive an oral or written report of discrimination and/or harassment must immediately inform the CRCO. Failure to immediately inform the CRCO may subject the employee to discipline up to and including termination.

In addition to complying with this policy, District employees must comply with any other applicable District policy, regulation, procedure, collective bargaining agreement, or other document such as the District's Code of Conduct. Applicable documents include, but are not limited to, the District's policies, regulations, and procedures related to Title IX, sexual harassment in the workplace, and the Dignity for All Students Act (DASA).

If the CRCO is unavailable, including due to a conflict of interest or other disqualifying reason, the report will be directed to another CRCO, if the District has designated another individual to serve in that capacity. If the District has not designated another CRCO, the Superintendent will ensure that another person with the appropriate training and qualifications is appointed to act as the CRCO.

## Grievance Process for Complaints of Discrimination and/or Harassment

The District will act to promptly, thoroughly, and equitably investigate all complaints, whether oral or written, of discrimination and/or harassment based on any legally protected class and will promptly take appropriate action to protect individuals from further discrimination and/or harassment. The CRCO will oversee the District's investigation of all complaints of discrimination and/or harassment. In the event an anonymous complaint is filed, the District will respond to the extent possible.

If an investigation reveals that discrimination and/or harassment based on a legally protected class has occurred, the District will take immediate corrective action as warranted. This action will be taken in accordance with applicable federal and state laws and regulations, as well as any applicable District policy, regulation, procedure, collective bargaining agreement, third-party contract, or other document such as the District's Code of Conduct.

## Knowingly Makes False Accusations

Any employee or student who knowingly makes false accusations against another individual as to allegations of discrimination and/or harassment will face appropriate disciplinary action.

## Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)

The District prohibits retaliation against any individual because the individual made a report or complaint, testified, assisted, or participated or refused to participate in an investigation, proceeding, or hearing related to a complaint of discrimination and/or harassment.

Complaints of retaliation may be directed to the CRCO. If the CRCO is unavailable, including due to a conflict of interest or other disqualifying reason, the report will be directed to another CRCO, if the District has designated another individual to serve in that capacity. If the District has not designated another CRCO, the Superintendent will ensure that another person with the appropriate training and qualifications is appointed to act as the CRCO.

Where appropriate, follow-up inquiries will be made to ensure that the discrimination and/or harassment has not resumed and that those involved in the investigation have not suffered retaliation.

## Confidentiality

To the extent possible, all complaints will be treated as confidential. Disclosure may be necessary in certain circumstances such as to complete a thorough investigation and/or notify law enforcement officials. All disclosures will be in accordance with law and regulation.

## Training

In order to promote familiarity with issues pertaining to discrimination and harassment in the District, and to help reduce incidents of prohibited conduct, the District will provide appropriate information and/or training to employees and students. As may be necessary, special training will be provided for individuals involved in the handling of discrimination and/or harassment complaints.

## Notification

Prior to the beginning of each school year, the District will issue an appropriate public announcement or publication which advises students, parents or legal guardians, employees, and other relevant individuals of the District's established grievance process for resolving complaints of discrimination and/or harassment. This announcement or publication will include the name, office address, telephone number, and email address of the CRCO(s). The District's website will reflect current and complete contact information for the CRCO(s).

A copy of this policy and its corresponding regulations and/or procedures will be available upon request and will be posted and/or published in appropriate locations and/or District publications.

## Additional Provisions

Regulations and/or procedures will be developed for reporting, investigating, and remedying allegations of discrimination and/or harassment.


8 USC Section 1324b
29 USC Section 206
42 USC Section 1981
Age Discrimination Act of 1975, 42 USC Section 6101 et seq.
Age Discrimination in Employment Act of 1967 (ADEA), 29 USC Section 621 et seq.
Americans with Disabilities Act (ADA), 42 USC Section 12101 et seq.
Equal Educational Opportunities Act of 1974, 20 USC Section 1701 et seq.
Genetic Information Non-Discrimination Act (GINA), 42 USC Section 2000ff et seq.
National Labor Relations Act (NLRA), 29 USC Section 151 et seq.
Section 504 of the Rehabilitation Act of 1973, 29 USC Section 790 et seq.
Title IV of the Civil Rights Act of 1964, 42 USC Section 2000c et seq.
Title VI of the Civil Rights Act of 1964, 42 USC Section 2000d et seq.
Title VII of the Civil Rights Act of 1964, 42 USC Section 2000e et seq.
Title IX of the Education Amendments Act of 1972, 20 USC Section 1681 et seq.
Uniformed Services Employment and Reemployment Rights Act (USERRA), 38 USC Section 4301 et seq.
28 CFR Part 35
29 CFR Chapter I — National Labor Relations Board
29 CFR Chapter XIV — Equal Employment Opportunity Commission
34 CFR Parts 100, 104, 106, 110, and 270
45 CFR Part 86
Civil Rights Law Sections 40, 40-a, 40-c, 47-a, 47-b, and 48-a
Civil Service Law Sections 75-b and 115
Correction Law Section 752
Education Law Sections 10-18, 313, 313-a, 2801, 3201, and 3201-a
Labor Law Sections 194-a, 201-d, 201-g, 203-e, 206-c, and 215
New York State Human Rights Law, Executive Law Section 290 et seq.
Military Law Sections 242, 243, and 318
8 NYCRR Section 100.2
9 NYCRR Section 466 et seq.

NOTE: Refer also to Policies #3421 -- <u>Title IX and Sex Discrimination</u>
#6120 -- <u>Equal Employment Opportunity</u>
#6121 -- <u>Sexual Harassment in the Workplace</u>
#6122 -- <u>Employee Grievances</u>
#7550 -- <u>Dignity for All Students</u>
#7551 -- <u>Sexual Harassment of Students</u>
#8130 -- <u>Equal Educational Opportunities</u>
#8220 -- <u>Career and Technical (Occupational) Education</u>
District Code of Conduct

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 4000 Administration |
| Title | Superintendent-Board Relations |
| Code | 4320 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: SUPERINTENDENT-BOARD RELATIONS**

The Board is accountable for all pursuits, achievements, and duties of the District. The Board's specific role is to deliberate and to establish policies for the District. The Board delegates the necessary authority to the Superintendent who, acting as chief executive officer of the District, is held accountable to the Board for compliance with its policies.

a. With respect to District goals and objectives, the Board will establish broad guidelines to be observed in the development of further policy and action. The Board reserves the right to issue either restrictive or general policy statements.

b. Generally, the Superintendent will be empowered to assign and use resources; to employ, promote, discipline, and deploy staff; to translate policies of the Board into action; to speak as agent of the Board; to organize and delegate administrative responsibilities; and to exercise such other powers as are customary for chief executives.

c. The Superintendent may not perform, cause, or allow to be performed any act that is unlawful, that violates commonly accepted business and professional ethics, that violates any contract into which the Board has entered, or that violates policies adopted by the Board that limit the Superintendent's authority.

d. Should the Superintendent or designee consider it unwise, impossible, or impractical to comply with an explicit Board policy, the Superintendent will inform the Board. The Board will then evaluate the Superintendent's or designee's decision.

Education Law Sections 1711, 2503, and 2508

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
|---|---|
| Section | 4000 Administration |
| Title | Superintendent of Schools |
| Code | 4310 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: SUPERINTENDENT OF SCHOOLS**

The Superintendent is the chief executive officer of the District. The Superintendent is responsible for carrying out Board policy and for keeping it informed of matters which should be weighed by the Board in reaching decisions. The Superintendent is responsible to the Board in his or her stewardship of the entire District.

The Superintendent will have the specific powers and duties discussed below and will be directly responsible to the Board for their proper exercise. As chief executive officer of the District, he or she will:

a. Attend all regular, special, and work meetings of the Board except that the Superintendent may be excluded when his or her employment contract or performance is discussed in executive session;

b. Administer all policies and enforce all rules and regulations of the Board;

c. Review the local school situation and recommend to the Board areas in which new policies seem to be needed;

d. Organize, administer, evaluate, and supervise the programs and personnel of all school departments, instructional and non-instructional;

e. Recommend to the Board the appointment of all instructional and support personnel;

f. Prepare and recommend to the Board the annual District budget in accordance with the format and development plan specified by the Board;

g. Advise the public about the activities and needs of the schools through his or her written and spoken statements, and will be responsible for all news releases emanating from the local schools;

h. Create all salary scales and administer the salary plan approved by the Board. Some of these salary scales will be developed within staff contracts negotiated under the provisions of the Taylor Law;

i. Determine the need and make plans for plant expansion and renovation;

j. Recommend for hire, evaluate, promote, and dismiss all professional and non-professional staff personnel;

k. Prepare or supervise the preparation of the teacher's handbook, staff bulletins, and all other District-wide staff materials;

l. Plan and coordinate the recruitment of teachers and other staff to assure the District of the best available personnel;

m. Plan and conduct a program of supervision of teaching staff that will have as its goal the improvement of instruction, and, at the same time, will assure that only the teachers found to have a high degree of competence will be recommended for tenure;

n. Distinguish for all concerned between the areas of policy decisions appropriate to the Board and management decisions appropriate to the District's administrative personnel;

o.  Transfer personnel when necessary and/or desirable to promote optimal effectiveness. Any personnel transfers will be made pursuant to appropriate guidelines established by state laws, District policies, and negotiated contracts; and

p.  Submit data from the School Report Card or other reports of student or District performance as prescribed by and in accordance with requirements of the Commissioner of Education.

Education Law Sections 1711, 2508, and 3003
8 NYCRR Section 100.2(m)

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
| --- | --- |
| Section | 3000 Community Relations |
| Title | Visitors to the School |
| Code | 3210 |
| Status | Active |
| Adopted | June 28, 2021 |

**SUBJECT: VISITORS TO THE SCHOOL**

All visitors will be required to report to the attendance office upon arrival at school and state their business. They will sign in and be given a visitor badge. Visitations to classrooms for any purpose require permission in advance from the building principal and/or elementary principal in order to allow teachers the opportunity to arrange their schedules to accommodate these requests.

When individual Board members visit the school, they must abide by the regulations and procedures developed by the administration regarding school visits.

All visitors must comply with the District's Code of Conduct.

Education Law Section 2801
Penal Law Sections 140.10 and 240.35

Adopted: 6/28/21



| Book | Copenhagen CSD Policy Manual |
| --- | --- |
| Section | 6000 Personnel |
| Title | Workplace Violence Prevention Policy Statement |
| Code | 6190 |
| Status | Active |
| Adopted | January 22, 2024 |
| Last Revised | July 29, 2024 |

**SUBJECT:    WORKPLACE VIOLENCE PREVENTION POLICY STATEMENT**

**Overview**

The District is committed to the safety and security of its employees. Workplace violence presents a serious threat to the safety of employees, students, parents, and visitors. The goal of this policy is to promote the safety and well-being of all people in the workplace.

Acts of violence against District an employee where any work-related duty is performed will be thoroughly investigated and appropriate action will be taken. All employees are responsible for: creating an environment of mutual respect for each other, as well as students, parents, and other visitors; following all applicable documents; and for assisting in maintaining a safe and secure work environment.

This workplace violence prevention policy was developed in consultation with all authorized employee representative(s) and is designed to meet the requirements of New York State Labor Law and highlights some of the elements that are found within the District's Workplace Violence Prevention Program (WVPP).

**Definitions**

For purposes of this policy, the following definitions apply:

a. "Authorized employee representative" means an employee authorized by the employees or the designated representative of an employee organization recognized or certified to represent the employees pursuant to Article 14 of the Civil Service Law, the Public Employees' Fair Employment Act.

b. "Imminent danger" means any conditions or practices in any place of employment which are such that a danger exists which could reasonably be expected to cause death or serious physical harm immediately or before the imminence of the danger can be eliminated through the enforcement procedures.

c. "Retaliatory action" means the discharge, suspension, demotion, penalization, or discrimination against any employee, or other adverse employment action taken against an employee in the terms and conditions of employment.

d. "Serious physical harm" means physical injury which creates a substantial risk of death, or which causes death or serious and protracted disfigurement, protracted impairment of health, or protracted loss or impairment of the function of any bodily organ or a sexual offense as defined in Penal Law.

e. "Serious violation" the failure to:

1. Develop and implement a workplace violence prevention program;

2. Address situations which could result in serious physical harm.

f. "Supervisor" means any person within the District who has the authority to direct and control the work performance of an employee or who has the authority to take corrective action regarding the violation of a law, rule, or regulation to which an employee submits written notice.

g. "Workplace" means any location away from an employee's domicile, permanent or temporary, where an employee performs any work-related duty in the course of their employment by the District.

## What is Workplace Violence

Workplace violence is any physical assault or acts of aggressive behavior occurring where an employee performs any work-related duty in the course of their employment including, but not limited to:

a. An attempt or threat, whether verbal or physical, to inflict physical injury upon an employee;

b. Any intentional display of force which would give an employee reason to fear or expect bodily harm;

c. Intentional and wrongful physical contact with an employee without their consent that entails some injury;

d. Stalking an employee with the intent of causing fear of material harm to the physical safety and health of the employee when the stalking has arisen through and in the course of employment.

Workplace violence may be committed against a District employee by anyone, including, but not limited to:

a. Other employees;

b. Former employees;

c. Students;

d. Parents;

e. Visitors;

f. Individuals who have no connection to the workplace, but enter to commit a robbery or other crime; or

g. An individual who has a personal relationship with an employee.

## Prohibited Conduct

The District prohibits workplace violence and will not tolerate violence, threats of violence, or intimidating conduct in the workplace.

## Workplace Violence Prevention Advisory Committee

The District will establish a Workplace Violence Prevention Advisory Committee that will meet periodically throughout the year. The purpose of the Workplace Violence Prevention Advisory Committee is to assist the District in coordinating its efforts to comply with its responsibilities related to workplace violence prevention, including overseeing the development and maintenance of the District's WVPP.

The Workplace Violence Prevention Advisory Committee will include:

a. The Workplace Violence Prevention Coordinator;

b. All authorized employee representatives;

c. The Chief Emergency Officer.

It may also include one or more representatives from the following groups:

a. District-wide school safety team;

b. The building level emergency response team(s);

c. District/building administrators;

d. Teachers, including at least one special education teacher; and

e. Other District staff.

Workplace Violence Prevention Coordinator

The District has designated the following District employee to serve as its Workplace Violence Prevention Coordinator:

*School Resource Officer*
*[workplaceviolence@ccsknights.org](mailto:workplaceviolence@ccsknights.org)*
*315-688-4411*

The Workplace Violence Prevention Coordinator convenes and coordinates the activities and plans of the Workplace Violence Prevention Advisory Committee. The Workplace Violence Prevention Coordinator is also responsible for answering employee questions about this policy and related materials, as well as receiving workplace violence incident reports.

Authorized Employee Representatives

The District must provide for employee participation in the WVPP through an authorized employee representative. Authorized employee representatives will participate on the Workplace Violence Prevention Advisory Committee. Authorized employee representatives have a right to, at a minimum, be involved in:

a. Participating in the development and implementation of this policy.

b. Evaluating the physical workplace environment to determine workplace violence risk factors.

c. Developing the WVPP.

d. Reviewing workplace violence incident reports at least once a year to identify trends in the types of incidents reported, if any.

e. Evaluating the effectiveness of safeguards and actions to reduce the risk of workplace violence.

f. Reporting violations of the District's WVPP.

**Reporting Workplace Violence**

The District has established and implemented a reporting system for incidents of workplace violence.

Any employee or authorized employee representative who becomes aware of a physical assault, threatening behavior, or verbal abuse in the workplace must immediately provide written notice of the facts and circumstances of the violent incident to a supervisor or the Workplace Violence Prevention Coordinator. If the report was provided to a supervisor, the supervisor must immediately forward to the report the Workplace Violence Prevention Coordinator.

If an employee witnesses or is involved in an incident of violence in which there is an immediate threat to the employee's safety, or the safety of others, or where a serious injury has occurred, the employee should immediately call 911 to obtain law enforcement and/or medical assistance. The employee should also immediately notify their immediate supervisor.

If an employee believes that either they or another employee are in imminent danger of workplace violence and reasonably believes, in good faith, that reporting to a supervisor or the Workplace Prevention Coordinator would not result in corrective action, then the employee may report the violation directly to the Public Employee Safety and Health Bureau (PESH).

The District will immediately respond to all incidents of violence or threatening behavior upon notification. After the District receives notice, the District will be afforded a reasonable opportunity to correct the activity, policy, or practice.

If there is a developing pattern of workplace violence incidents which may involve criminal conduct or serious injury, the District will attempt to develop a protocol with the District Attorney or law enforcement to ensure that violent crimes committed against employees in the workplace are promptly investigated and appropriately prosecuted. The District will provide information on these protocols and contact information to employees who choose to file a criminal complaint after a workplace violence incident.

In addition to complying with the reporting requirements in this policy, District employees must comply with all other applicable reporting requirements contained in any District policy, regulation, procedure, collective bargaining agreement, or other document such as the District's *Code of Conduct*.

**Inspections by the Commissioner of Labor**

<u>At the Request of an Employee or Authorized Employee Representative</u>

If, after being given notice and a reasonable opportunity to resolve the activity, policy, or practice, the matter has not been resolved and the employee or authorized employee representative still believes that a serious violation of the WVPP remains, or that an imminent danger exists, the employee or authorized employee representative may request an inspection by notifying the Commissioner of Labor of the alleged violation or danger. The notice and request will be in writing, describing with reasonable particularity the grounds for the notice, and be signed by the employee or authorized employee representative. A copy of the written notice will be provided by the Commissioner of Labor to the District or the person in charge no later than the time of inspection, except that on the request of the person giving the notice, the person's name and the names of individual employees or authorized employee representative will be withheld.

A District representative and an authorized employee representative will be given the opportunity to accompany the Commissioner of Labor during an inspection for the purpose of aiding the inspection. Where there is no authorized employee representative, the Commissioner of Labor will consult with a reasonable number of employees concerning matters of safety in the workplace.

The authority of the Commissioner of Labor to inspect a premises pursuant to an employee complaint will not be limited to the alleged violation contained in the complaint. The Commissioner of Labor may inspect any other area of the premises in which they have reason to believe that a serious violation of the workplace violence prevention law exists.

<u>Initiated by the Commissioner of Labor</u>

The Commissioner of Labor may inspect any premises occupied by the District if they have reason to believe that a violation of the workplace violence prevention law has occurred. The current PESH administrative plan will be used for the enforcement of the workplace violence prevention law, including a general schedule of inspection, which provides a rational administrative basis for the inspection.

**Workplace Risk Evaluation and Developing a Workplace Violence Prevention Program (WVPP)**

The District will engage in a process of workplace risk evaluation designed to identify the risks of workplace violence to which employees could be exposed.

The District will then develop and implement a written WVPP to prevent, minimize, and respond to any workplace violence. The Workplace Violence Advisory Committee, which includes all authorized employee representatives, will oversee the development and maintenance of the WVPP. During the development process, the authorized

employee representative(s) will provide input on those situations in the workplace that pose a threat of workplace violence.

The WVPP will include the following:

a. A list of the risk factors identified in the workplace risk evaluation.

b. The methods the District will use to prevent incidents of workplace violence. Examples include, but are not limited to:

1. Making high-risk areas more visible to more people;

2. Installing good external lighting;

3. Using drop safes or other methods to minimize cash on hand;

4. Posting signs stating that limited cash is on hand;

5. Providing training in conflict resolution and nonviolent self-defense responses; and

6. Establishing and implementing reporting systems for incidents of aggressive behavior.

c. A hierarchy of controls to which the program will adhere as follows: engineering controls, work practice controls, and personal protective equipment (PPE).

d. The methods and means by which the District will address each specific hazard identified in the workplace risk evaluation.

e. A system designed and implemented by the District to report any workplace violence incidents that occur in the workplace. The reports must be in writing and maintained for the annual program review.

f. A written outline or lesson plan for employee program training.

g. A plan for program review and update on at least an annual basis. This review and update will detail any mitigating steps taken in response to any incident of workplace violence.

**Prohibition of Retaliatory Behavior (Commonly Known as "Whistle-Blower" Protection)**

The District will not take retaliatory action against any employee because the employee exercises any right accorded to them under this policy.

**Training**

At the time of hire and annually thereafter, all employees will participate in the District's workplace violence prevention training program. Additionally, retraining is required for all employees any time there is a significant change to the WVPP, a newly identified risk factor, or a control measure addition.

**Notification**

This policy will be posted where notices to employees are typically posted. A copy of the District's WVPP may be obtained by contacting the District's Workplace Violence Prevention Coordinator. The District will also make the WVPP available for reference to employee's, authorized employee representatives, and the Commissioner of Labor in the work area.

Labor Law Section 27-b
12 NYCRR Section 800.6

NOTE:      Refer also to Policies #3410 -- Code of Conduct

#3411 -- <u>Prohibition of Weapons on School Grounds</u>
#3412 -- <u>Threats of Violence in School</u>
#3420 -- <u>Non-Discrimination and Anti-Harassment in the District</u>
#3421 -- <u>Title IX and Sex Discrimination</u>
#5681 -- <u>School Safety Plans</u>
#5684 -- <u>Use of Surveillance Cameras in the District and on School Buses</u>
#5690 -- <u>Exposure Control Program</u>
#6121 -- <u>Sexual Harassment in the Workplace</u>
#6122 -- <u>Employee Grievances</u>
#7350 -- <u>Timeout and Physical Restraint</u>
#7360 -- <u>Weapons in School and the Gun-Free Schools Act</u>

Adopted:  1/22/24
Revised:  7/29/24