# Exhibit L

**From:**        Scot Luther <sluther@ccsknights.org>
**Sent:**        Thursday, February 13, 2025 1:01 PM
**To:**        sconnell@ccsknights.org
**Cc:**        'Lukas Sullivan'
**Subject:**        RE: Freedom of Information Law (FOIL) Request

Have the attorneys provided you back the response for this FOIL request as well?

Scot Luther
Business Manager
Copenhagen Central School District
3020 Mechanic St
Copenhagen, NY 13626
315-688-4033 – Office
315-527-3550 – Cell

**From:** Lukas Sullivan <lsullivan@ccsknights.org>
**Sent:** Thursday, January 30, 2025 5:53 PM
**To:** Scot Luther <sluther@ccsknights.org>
**Cc:** sconnell@ccsknights.org
**Subject:** Re: Freedom of Information Law (FOIL) Request

I do want to call attention to #2. District Policies and Procedures, and #6. Decision-Making Authority and Records:

2. There is no document to provide to you for a visitor or non-student code of conduct. **[confirm]**  - Page 18 of the Code of Conduct, #6.
6. There is no District documentation to provide to you that aligns with this request. **[confirm]**   - I hate to say this, but his "presence at the school" was discussed at the 1/17 Leadership meeting... not sure if we really have to disclose that, but just making you both aware (see notes below):

- **Procedures**
    - **We need to make sure we're a closed campus**
        - **Wyatt got in because it was not shared with everyone "here"**
    - **We need to look at the building use forms**
        - **Whoever is requesting people to come in, they need to meet them in Jenelle's office**
- **Wyatt W**
    - **Mrs. Eisel feels bad that this happened, and asked what she could do better**
        - **We will learn from this**

Let me know if I can help do anything with this!

On Thu, Jan 30, 2025 at 1:49 PM Scot Luther <sluther@ccsknights.org> wrote:

My initial thoughts would be to reply on district letterhead, using the requests received from Mr. Wagner, with a district response in-line for each. For now, I've included a prefix of "SNL – " to the proposed responses. **Brackets [ ]** are notes and/or questions I have from George/Walter/Raf before responding.

Since George/Walter/Raf are already involved, I'd love their feedback on our responses just to make sure we are tight. Would you send along to them for scrutiny?

Scot Luther

Business Manager

Copenhagen Central School District

3020 Mechanic St

Copenhagen, NY 13626

315-688-4033 – Office

315-527-3550 – Cell

**From:** Wyatt Wagner <wwagner@yolc.org>
**Sent:** Monday, January 13, 2025 3:48 PM
**To:** sconnell@ccsknights.org; Lukas Sullivan <lsullivan@ccsknights.org>; sluther@ccsknights.org
**Subject:** Freedom of Information Law (FOIL) Request

Copenhagen Central School District
3020 Mechanic St,
Copenhagen, NY 13626

Dear FOIL Officer,

Pursuant to the New York State Freedom of Information Law (FOIL), Article 6 of the Public Officers Law, I am requesting access to and copies of any and all records, documents, and

communications related to the trespass notice issued against me by the Copenhagen Central School District. Specifically, I am requesting the following:

1. The Written Trespass Notice:
   - A copy of the trespass notice issued against me, including the date it was issued and the specific reason(s) cited for the action.

SNL – A copy of the trespass notices is attached to this response, prefixed with "Doc1". **[this would be attached]**

2. District Policies and Procedures:
   - All policies, codes, and procedures governing visitor access, trespassing, and disciplinary actions for non-students.
   - Policies or procedures outlining the process for issuing trespass notices, including any requirements for communication, warnings, or documentation.
   - The Code of Conduct as it pertains to visitors and non-students.
   - Any policies or procedures for appealing or challenging a trespass notice.

SNL – All district policies and procedures can be found at https://go.boarddocs.com/ny/copenhagen/Board.nsf/Public. **[is this specific enough?]**

SNL – There is no District policy that specifically governs visitor access, trespassing, and disciplinary actions for non-students. **[confirm]**

SNL – There is no District policy or procedure specific to issuing trespass notices. **[confirm]**

SNL – There is no document to provide to you for a visitor or non-student code of conduct. **[confirm]**

SNL – There is no District policy or procedure specific to appealing or challenging a trespass notice. **[confirm]**

3. Incident Reports and Evidence:
   - Any and all reports, complaints, or documentation related to events, actions, or alleged conduct that led to the issuance of the trespass notice.

SNL – There is no District documentation to provide to you that aligns with this request. **[confirm]**

4. Communications:
   - Emails, letters, memos, or other correspondence between district staff (including the superintendent, principal, or other administrators) regarding the trespass notice, my presence on school grounds, or any concerns raised about me or my organization (Youth of Lewis County).

SNL – There is no District documentation to provide to you that aligns with this request. **[confirm]**

   - Any communications between the district and law enforcement related to the trespass notice or my presence on school property.

SNL – There is no District documentation to provide to you that aligns with this request. **[confirm]**

5. Safety-Related Documentation:
   - Any documentation of safety or security concerns involving me, including incident reports, complaints, or allegations.
SNL – There is no District documentation to provide to you that aligns with this request. **[confirm]**

   - Relevant sections of the district's School Safety Plans.

SNL – A copy of the District Safety Plan is attached, prefixed with "Doc2". **[this will be attached]**

6. Decision-Making Authority and Records:
   - Records of any meetings, discussions, or deliberations where the trespass notice or my presence at the school was discussed or decided.

SNL – There is no District documentation to provide to you that aligns with this request. **[confirm]**

   - Documentation or policies outlining the superintendent's and/or principal's authority to issue trespass notices.

SNL – **[Attorneys to provide the statute, if there is one?]**

7. Law Enforcement Records:
  - Any police reports or records created during the incident.
SNL – The District does not have access to police reports and records.

  - Any district correspondence with law enforcement regarding my presence or the trespass notice.

SNL – There is no District documentation to provide to you that aligns with this request. [confirm]

If the requested records exist in electronic format, I would prefer to receive them in that format. If any portion of this request is denied, please provide a written explanation for the denial and cite the specific statutory exemptions you believe justify the withholding of the information.

Please notify me if there are any fees associated with fulfilling this request before processing. I look forward to your response within the five (5) business days required by law.

Thank you for your attention to this matter.

Sincerely,

--

*Wyatt Wagner*

He/Him/His

Executive Director

Youth Of Lewis County

Phone: 315-816-6448

*"The power of youth is the common wealth for the entire world. The faces of young people are the faces of our past, our present and our future. No segment in the society can match with the power, idealism, enthusiasm and courage of the young people."*