# Exhibit M

# COPENHAGEN CENTRAL SCHOOL DISTRICT

**BOARD OF EDUCATION**
Lynn Murray
  President
Alfred Tomaselli
  Vice President
Koreen Freeman
James Harter
Keith Lee
Robert Stackel
Gabrielle Thompson

## SCOTT N. CONNELL
## SUPERINTENDENT

PO BOX 30
Copenhagen, NY 13626
(p) 315-688-4411
(f) 315-688-2001
www.ccsknights.org

Sarah Potter
  6-12 Principal
Pamela Ratliff
  UPK-5 Principal
Scot Luther
  Business Manager
Logan Spaulding
  Athletic Coordinator
Lukas Sullivan
  District Clerk

February 18, 2025

Re:    FOIL Request

Mr. Wagner,

This letter is in acknowledgement of your FOIL request that was received by the District via email on January 13, 2025, at 3:49p.m. In response to that request, the District advised that more time would be required to ensure a full search of the requested documents was conducted. In the email, you made the following request for information and documents:

*Copenhagen Central School District*
*3020 Mechanic St,*
*Copenhagen, NY 13626*

*Dear FOIL Officer,*

*Pursuant to the New York State Freedom of Information Law (FOIL), Article 6 of the Public Officers Law, I am requesting access to and copies of any and all records, documents, and communications related to the trespass notice issued against me by the Copenhagen Central School District. Specifically, I am requesting the following:*

In response to this inquiry, I must point out that the Committee on Open Government, the New York State agency responsible for administering New York's Open Meetings Laws, has repeatedly commented that FOIL pertains to existing records and documentation and that an agency is not required to create a record where none exists or is required. See FOIL-AO-12,012 (March 28, 2000). Accordingly, any documents produced by the District should be documents (i.e., reports, computer printouts, etc.) which already exist by virtue of the District's operations. While the information may be gleamed by the record herein disclosed, where no individual document exists for the information requested, the District is not required to create such documentation. Accordingly, a request for "information" rather than a request for a document or record is not a valid request pursuant to FOIL.

**"Equal Opportunity/Affirmative Action Employer"**

1. The Written Trespass Notice:
  - A copy of the trespass notice issued against me, including the date it was issued and the specific reason(s) cited for the action.

A copy of the trespass notice already sent to you is attached.

2. District Policies and Procedures:
  - All policies, codes, and procedures governing visitor access, trespassing, and disciplinary actions for non-students.
  - Policies or procedures outlining the process for issuing trespass notices, including any requirements for communication, warnings, or documentation.
  - The Code of Conduct as it pertains to visitors and non-students.
  - Any policies or procedures for appealing or challenging a trespass notice.

All district policies and procedures can be found at https://go.boarddocs.com/ny/copenhagen/Board.nsf/Public

3. Incident Reports and Evidence:
  - Any and all reports, complaints, or documentation related to events, actions, or alleged conduct that led to the issuance of the trespass notice.

No responsive documents were found.

4. Communications:
  - Emails, letters, memos, or other correspondence between district staff (including the superintendent, principal, or other administrators) regarding the trespass notice, my presence on school grounds, or any concerns raised about me or my organization (Youth of Lewis County).
  - Any communications between the district and law enforcement related to the trespass notice or my presence on school property.

No responsive documents were found.

5. Safety-Related Documentation:
  - Any documentation of safety or security concerns involving me, including incident reports, complaints, or allegations.
  - Relevant sections of the district's School Safety Plans.

No responsive documents were found.

6. Decision-Making Authority and Records:
  - Records of any meetings, discussions, or deliberations where the trespass notice or my presence at the school was discussed or decided.
  - Documentation or policies outlining the superintendent's and/or principal's authority to issue trespass notices.

No responsive documents were found.

7. Law Enforcement Records:
   - Any police reports or records created during the incident.
   - Any district correspondence with law enforcement regarding my presence or the trespass notice.

No responsive documents were found.

If the requested records exist in electronic format, I would prefer to receive them in that format. If any portion of this request is denied, please provide a written explanation for the denial and cite the specific statutory exemptions you believe justify the withholding of the information.

Please notify me if there are any fees associated with fulfilling this request before processing. I look forward to your response within the five (5) business days required by law.

Thank you for your attention to this matter.

Sincerely,
--
**Wyatt Wagner**
**He/Him/His**
**Executive Director**
**Youth Of Lewis County**
**Phone: 315-816-6448**

As the District's Records Access Officer, I believe this is a full and complete response to your request. If you wish to appeal my determination, you may do so pursuant to New York Public Officer's Law §89(4)(a) and pursuant to the Copenhagen Central School District Policy No. 3310 by contacting the District's Records Appeal Officer, Scott Connell at sconnell@ccsknights.org within thirty (30) days.

Sincerely,

Scott Connell
Records Access Officer