# Exhibit Q

**Wyatt Wagner**

June 5 at 3:58 PM · 🌐

🪔 Transparency Matters: Exposing the Truth 🪔
I want to bring to light some deeply troubling actions taken by the Community Services Board and others in leadership positions within our county.

Recently, the Community Services Board held a secret Governance Committee meeting—without notifying the public, without providing an agenda, and without keeping meeting minutes, as confirmed by FOIL request responses.

The Director of Community Services, under oath, admitted to working closely with the individual making accusations against me prior to taking her current position. Despite this clear conflict of interest, there was no review of any evidence against the accusations made. The Chair of the Board went along with this process, ignoring basic principles of fairness and transparency.
Emails I've obtained show pre-determined decisions being made behind closed doors, including who would make the motion against me.

The conflict of interest doesn't stop there: the current Community Services Board is filled with high-level employees from agencies that receive thousands of dollars from the board itself. This raises serious concerns about integrity and accountability.

When I refused to resign, they escalated the matter to the Board of Legislators, who:
Refused to review any evidence against me.
Refused to disclose who would be testifying at the hearing or provide evidence prior to the hearing—violating my right to a fair process.

Even the Committee on Open Government agrees that, if what I'm saying is true, multiple laws are being broken.

I will be sharing the transcript from the Board of Legislators hearing soon. You'll see who stood up for transparency and fairness—and who didn't. Some argued that debating or questioning the Director is "wrong," while others spoke about the importance of honest discussions and accountability.

Let me be clear:
I will not back down. I've made some powerful people uncomfortable, but I know my rights, and I refuse to let these injustices go unnoticed. I'm willing to risk everything to improve our community and expose the truth because our county deserves better.
Stay tuned. The fight for transparency and accountability is far from over.

"Democracy must be built through open societies that share information. When there is information, there is enlightenment. When there is debate, there are solutions. When there is no sharing of power, no rule of law, no accountability, there is abuse, corruption, subjugation and indignation."
Atifete Jahjaga

Update on Trespass Charge
In addition, I want to address the trespass charge brought against me by the Copenhagen School. I'm pleased to announce that this charge is being dismissed. It's only a matter of time before the federal court case reveals that my actions were not wrong and that the county's use of this charge against me was illegal and an assumption of guilt.

#TransparencyMatters #AccountabilityMatters #communityfirst #ExposeTheTruth

Standing Up for Accountability, Transparency, and Community Progress

For months, I have remained silent, giving the Copenhagen Central School District every opportunity to address the harm caused to me by Superintendent Scott Connell and their failure to uphold their own code of conduct. Despite my repeated efforts to resolve this matter privately, I have received no communication, no acknowledgment, and no accountability. I can no longer remain silent.

Today, I am sharing a video of the January 13th incident, alongside my op-ed, a petition to sign in support of the school settling, and a Google Drive link to all evidence related to this case. These documents reflect my unwavering commitment to truth, fairness, and the betterment of our community.

This fight is not just about me—it's about ensuring that no one else in our community is subjected to retaliation, defamation, or violations of their basic rights. As a whistleblower and advocate for youth, I have faced unjust treatment, false accusations, and systemic failures that culminated in a mental health crisis and an attempt on my own life. These events have only strengthened my determination to seek justice—not for vindication, but to drive meaningful change.

This entire situation began in November 2024 when I reported concerns raised by students regarding their treatment by staff, particularly a gym teacher who unfairly punished them. When I escalated these concerns to the school board(after 2 previous attempts at a proper investigation), Superintendent Scott Connell reacted defensively, demonstrating a failure to address the issues appropriately. This marked the beginning of a troubling pattern of retaliation against me, culminating in the confrontational incident on January 13, 2025, when I was issued a trespass notice under dubious circumstances after following all necessary protocols to be on campus and being invited to be there.

One crucial point I want to emphasize is that all of the witness statements from this incident do not acknowledge anything that occurred prior to Superintendent Connell confronting me. This glaring omission raises serious questions about the validity of the claims made against me and highlights the lack of due process I have faced throughout this ordeal.

The school district's own policies on anti-retaliation and whistleblowing have been blatantly ignored. Despite being invited to table at the school on behalf of my nonprofit, I was met with hostility, escalating to a wrongful trespass notice and a complete lack of due process. My FOIL requests revealed no documentation to support their allegation against me for November. Instead, the evidence shows a pattern of retaliation for my efforts to advocate for students and raise concerns about staff misconduct.

Let me be clear: I would not continue this fight if I believed I was in the wrong. I have nothing to gain but justice and progress for our community. My intent is not to divide but to unite us around the principles of accountability, transparency, and ethical leadership. I firmly believe that we can—and must—do better for our students, staff, and neighbors.

I humbly ask you to read my story, view the evidence, and join me in calling for accountability. This isn't just about one person—it's about creating a district and a community that values fairness, integrity, and the voices of all its members.

Together, we can ensure that no one else is silenced, retaliated against, or made to feel powerless for standing up for what is right. I remain committed to improving our community for the better, no matter the obstacles.

The proposed settlement will be allocated to maximize community benefit: one-third will cover my personal losses from emotional distress and legal fees; one-third will support Youth of Lewis County; and

one-third will provide grants and scholarships for graduating students of the Copenhagen Central School District. This distribution not only addresses the harm I've faced but also invests in the future of our community, reflecting my commitment to fostering positive change despite recent challenges.

Links:
- Op-Ed: https://shorturl.at/UgTyE
- Petition to Sign in Support of the School Settling: https://chng.it/xqPNTKDMWt
- Google Drive Link to All Evidence: https://shorturl.at/uhaXA

This post contains allegations that are currently subject to ongoing investigation and legal processes. The claims presented have not yet been verified by court proceedings or acknowledged by the school district. Readers are encouraged to form their own informed opinions based on available information.

It is not my position to tell you to believe me. Please review the evidence in the Google document drive linked if you would like.

Thank you for taking the time to listen and for supporting a brighter, more inclusive future for Copenhagen. If you agree that change is needed, I encourage you to share this post and let your voice be heard.

**Leigh Panarese**

I signed your petition. I think what you are doing is really brave. Lewis County needs more people like you in leadership positions.

6w   Like   Reply

4

 **Juan Fulano DeTal**

Why did Cornell fire you? If you were terminated from a position, why would you show up at a school bldg acting as if you were still working in that capacity? Of course a school buildings personnel are not going to allow you into the building- they aren't supposed to. I'm confused here?

6w   Like   Reply

 **Juan Fulano DeTal**

well?

6w   Like   Reply

 **Wyatt Wagner**

**Juan Fulano DeTal**

Hello, thank you for your comment. All the answers to your questions are provided within my post, the op-ed, or the Google Drive folder linked. Before commenting further, I highly recommend reviewing all the provided materials for clarity.

To address your points directly:

- Nowhere does it state that I showed back up in my previous capacity working for Cornell.
- As for why I was fired, it was because I pushed for an investigation that the superintendent no longer wanted pursued. The superintendent requested Cornell transfer me to another school. Unfortunately, I could not accept that transfer due to logistical challenges, as my girlfriend and I shared one car, and I had another job immediately after my Cornell position.
- Knowing that what the superintendent had done violated their own policies and my rights, I refused to resign.
- Regarding my presence at the school, I was never informed that I was not allowed to be there. In fact, the only school employee who objected to my presence was the superintendent. Evidence of this is included in the Google Drive folder, where you'll find an email between the guidance office and me scheduling my presence that day in my other job's capacity.

Again, I encourage you to review all materials and evidence before commenting further. Additionally, I suggest reading the U.S. Constitution, specifically the 1st, 5th, and 14th amendment.

Thank you for taking the time to understand the full context. I appreciate your comment .

6w   Like   Reply

**Rachel Hughes**

Thank you for being brave and standing up for your rights and fight for others that I am sure this has happened to in the past



**Alex Harris**

Scott Connell is very unprofessional and when being confronted he escalates the situation to a much higher level than it needs to be, I'm a former student there and have always had issues with him. He had the audacity to assist the ex principal in stealing my personal property off my truck 2 feet from school grounds and state police was involved in order to get my stuff back.

**Alex Harris**

**Wyatt Wagner**

March 27 · 🌐

Silencing people who report concerns in good faith, regardless of whether the person receiving the report agrees, is wrong and sets a dangerous precedent for our schools and our children.

Last night, I went to court and declined the plea deal I was offered—six months of staying out of trouble and away from the school, after which the charges would be dropped. While this might be the easiest route for most, I believe it is important to stand up for what is right and let the decisions in this matter be made by a judge or jury.

This situation is bigger than me. It's about holding public officials accountable when they overstep their authority. We cannot allow individuals in positions of power to make arbitrary decisions, silence mandated reporters, and discourage people from raising concerns about the treatment of students. Dismissing small concerns can lead to larger problems down the road, and it's vital for our schools to not only acknowledge these issues but also investigate them thoroughly.

This case is one of the many reasons I'm running for District 3 Legislator. I stand for transparency, accountability, and doing the right thing—even when it's hard. My campaign isn't just about winning; it's about showing others that anyone can step up and fight for what they believe in, regardless of the obstacles. Even if I don't win this year, I'll be back for the next election because this is about progress, inspiring others, and ensuring our community leaders act with integrity.

To anyone who feels afraid to run for office or feels unqualified, I want to remind you: It's not something you learn to do—it's something you choose to do.

Thank you to everyone who has supported me so far. Together, we can demand better for our community, our schools, and our children.

#TransparencyMatters #Accountability #YouthAdvocacy #District3Legislator

Dear Friends,

I want to share info about the ongoing situation involving Copenhagen Central School District, the trespassing charge I'm currently facing, and the deeper issues at play.

On January 13, 2025, I went to Copenhagen Central School for a pre-approved tabling event to share information about Youth of Lewis County, the organization I run to provide resources and support to local youth. My visit had been coordinated weeks in advance, confirmed by school staff via email, and I followed all procedures, including signing in at the front office. However, shortly after I arrived, the superintendent, Scott Connell, approached me and told me to leave.

His reasoning? It wasn't about anything that happened that day. Instead, he cited alleged behavior from November 2024, claiming I had been inappropriate during a prior meeting. Yet when I filed a Freedom of Information Law (FOIL) request to uncover any reports, documentation, or evidence of my alleged behavior, the district responded that no such documents exist.

Here are the facts:
1. The superintendent's actions are baseless: The only person making any accusations against me is the superintendent himself. No other staff members have supported his claims, and there are no witnesses, incident reports, or video footage to corroborate his story.
2. I was charged with trespassing for simply being there: Despite following all the proper procedures for my visit, I was charged with trespassing after questioning why I was being asked to leave. A few days later, I received an official Notice of No Trespass, banning me from all school property indefinitely.
3. This is retaliation for advocating for students: In November 2024, I raised concerns about students in my 4-H class being unfairly punished by a gym teacher. Instead of addressing the issue, the superintendent accused me of being unprofessional and requested my employer reassign me to another school. Now, he's using these baseless accusations to justify his actions.

You might ask yourself why the school is doing this, but the better question is: why is the superintendent doing this? No other school staff had an issue with me being there on January 13.

Believe me or don't, but I have plenty of evidence to back up my claims.

Unfortunately, the county is supporting Scott Connell without questioning his baseless accusations. They are focusing solely on the fact that he is accusing me, rather than the truth behind the accusations.

If I am found guilty of the trespassing charge on Wednesday, know that this is a direct example of corruption and abuse of power. This situation sets a dangerous precedent for anyone—especially mandated reporters and advocates—who raise concerns or stand up for what's right.

I understand that you may not have experienced these issues firsthand, but that does not invalidate what I've gone through. I will continue to stand up for the truth and fight for transparency, fairness, and accountability, no matter the consequences I face.

I will be sharing more information as this situation unfolds. Thank you to everyone who has supported me during this fight. Together, we can demand the progress our community desperately needs.

**Jennifer Lynne Hubbs**

I am so sorry this is happening to you! your advocacy is important. never let anyone stop you. thank you for the work you do.

13w   Like   Reply

> **Wyatt Wagner**
> **Jennifer Lynne Hubbs** means a lot, it's been a very tough couple of months. I'm very passionate about what I do, and this has been blown out or proportion. I hit a nerve of someone with power. But I don't regret my descions, I just learn from them.
>
> 13w   Like   Reply

**Teresa Rapave**

I'm here if you need. Sorry this is going on.