# Exhibit S



# Follow-Up on Your Complaint and Investigation Outcome

**Lucille Brown** <Lucille.Brown@ppncny.org>                                          Mon, Mar 10, 2025 at 12:13 PM
To: Wyatt Wagner <wwagner@yolc.org>

Dear Wyatt,

I am writing to follow up on your complaint regarding the alleged violation of policies related to corrective action procedures, complaint reporting and investigation, and standards of conduct. You also raised concerns about a potential violation of NY Labor Law Section 201-d.

After a thorough investigation, which included interviews with all parties involved and a review of relevant documentation, I would like to share the following findings:

- Volunteers are not considered employees under New York State Labor Law, the protections and regulations set forth under Section 201-d do not extend to volunteers.
- The use of a "timesheet" to log hours worked and the provision of a stipend for volunteer hours was not sufficiently clear for the peer educator role.
- The complainant was not allowed on school property without prior notice and superintendent approval, preventing them from performing their peer educator duties.
- The complainant's supervisor followed the proper procedure by escalating the issue to her supervisor, who then involved HR and the CEO. A joint decision was made by HR, the CEO, and the CXO before the termination.
- PPNCNY is an at-will employer, meaning either the employer or employee may end the working relationship at any time, without justification.

As a result of this investigation, the following actions have been taken:

- The language in the peer educator description has been clarified.
- Volunteers will no longer complete a "timesheet" but will log their volunteer hours instead.
- The criteria for receiving a stipend have been clarified to ensure it is not confused with payment for hours worked.

Based on these findings and actions, I can confirm that appropriate steps have been taken to address the concerns raised in your complaint.

If you have any further questions, please feel free to contact me.

Best regards,
Lucille


***I realize your workday/hours may not be the same as mine. Please don't feel obligated to respond outside of your normal working hours.***


Lucille Brown, MBA, SHRM-CP (she/her)
*Director of Corporate Compliance and Administration*
Planned Parenthood of the North Country New York, Inc.
315-782-1818 ext. 2249
www.ppncny.org