# Exhibit T

**NEW YORK**
STATE OF
OPPORTUNITY

**Office of
Mental Health**

**Office of Alcoholism and
Substance Abuse Services**

**Treatment / Recovery Plan - Review / Revision
NYSCRI v3.1.1, 12-2016**

**Organization Name:** BEHAVIORAL HEALTH
**Individual's Name:** Wyatt N Wagner

**Program Name:**
**Record #:** 33118

**Date:** 06/05/2025
**Date of Birth:** 02/13/2004

**Admission Date:** 05/03/2022 **Projected Plan Duration:** 06/05/2025          **To:** 12/05/2025

**Individual's designated diagnosis(es):** Dysthymic disorder, Anxiety disorder, unspecified, Autism spectrum disorder

## Goal(s) / Objective(s) Review

**GOALS:**
ADJUST TO CHANGING ROLES OF RELATIONSHIP BETWEEN CT AND MADDIE
COPE WITH LEGAL SITUATION INVOLVING TRESPASSING CHARGE
REDUCE DEPRESSION AND ANXIETY SYMPTOMS
MONITOR AND REDUCE SUICIDAL IDEATIONS

**Problem:** Anxiety and Depression, medication management
Date Identified: 05/13/2022  Rated as moderate
**Goal:** Take medications as prescribed if medications as deemed necessary.
Target Date:  12/5/25
Progress As Evidenced By: Reduction of anxiety and depression symptoms  Status: Continued.

| | **Status** |
|---|---|
| **Objective #1 :** Wyatt will meet with Caleb Richter for a psychiatric evaluation. Wyatt will discuss with the provider his concerns of anxiety and depression and explore medication options. If Wyatt and provider choose to incorporate medications into his treatment, Wyatt will take all medications as prescribed and communicate any side effects and concerns. Wyatt will attend all medication management appointments if deemed necessary. | Continued |

**Review-Client is taking his medications. Client reports side effects to prescriber.**
**Interventions:**
Med Management quarterly for 20 minutes

**Problem:** Anxiety and Depression
Date Identified: 05/13/22  Rated as moderate to severe
**Goal:** Cope with the challenging situations which have presented themselves due to being charged with trespassing on the Copenhagen CSD grounds and relationship changes with Maddie. REDUCE GAD-7 AND PHQ-9 SCORES TO 6 OR BELOW

| | **Status** |
|---|---|
| **Objective:** Process the events which occurred (trespassing charges, removal from community service board, breakup with Maddie, etc.) . Work on accepting and coping with the situation through discussions with therapist. | New (coping with relationship changes) |
| **Objective:** Cope with the impact these events may have on Wyatt's personal and professional life and connect to resilience and strength while doing so. | Continue |
| **Objective:** Monitor and work to decrease Wyatt's feelings of hopelessness and suicidal ideations which are precipitated by the events. | Continue |

**Interventions:**
Individual Verbal Therapy for 30-45 minutes BIWEEKLY or PRN.

**Comments 2/26/25**: During the previous treatment period Wyatt's therapist, Megan Smith, LMSW, went on maternity leave and this writer, Jamie Guyette, LMSW, began seeing Wyatt. Wyatt is currently facing consequences due to being charged with trespassing on the Copenhagen CSD grounds. Wyatt reports that these circumstances have had a negative impact on his mental health. Therapist wrote a letter of accomodation for Wyatt in which I recommended he be permitted to reduce his hours to part time while he faces the legal proceedings to deal with these charges. Wyatt shared that he was experiencing suicidal ideations without intent or plan to act on them, but that he fears that his mental health with deteriorate to the point of suicidality. We completed a safety plan, reviewed crisis numbers, made a plan to meet weekly, and Wyatt agreed to go to Samaritan Hospital if he finds himself planning or intending to hurt himself. He will be placed on the high risk list at this clinic due to reporting elevated feelings of hopelessness, facing life challenges which are extremely troubling to him, and experiencing frequent suicidal ideations.
**Comments 4/23/25**: Treatment plan is being updated today after inpatient stay at Samaritan IMHU from 4/14/25-4/16/25. CT

reports that he and his gf broke up which attributed to a decline in his mental state and increased his suicidality. CT reports that after his hospitalization he is experiencing reduced suicidal ideations and no current suicidal intent or plan. CT shared a new goal of coping with changes in his relationship with Maddie as they are still talking to each other and considering if they would like to continue their relationship.

**COMMENTS 6/5/25:** DURING VT CT AND THERAPIST DISCUSSED CT'S PROGRESS. HE REPORTS IMPROVED STABILITY AND ABILITY TO MANAGE CHALLENGES AT THIS TIME. HE STATES THAT HE HAS NOT EXPERIENCED SUICIDAL IDEATION, INTENT, OR PLAN, FOR SEVERAL WEEKS. HE WILL GO BACK TO BEING SEEN BIWEEKLY AS OF TODAY.. THE REST OF HIS PLAN WILL REMAIN THE SAME.

**Revised Treatment Plan**

**Assessment:**
1. F34.1 Dysthymic disorder
2. F41.9 Anxiety disorder, unspecified
3. F84.0 Autism spectrum disorder

**Care Plan:**


**Comments (Include any changes in Discharge Criteria, collaterals participating since last Plan):**


**Individual's participation is documented by appropriate signature below. If lacking signature of appropriate person, provide reason.**


Individual served: Wyatt N. Wagner
**CT VERBALLY CONSENTED DURING VT**
Signature:

Primary Clinician Name/Credentials/Title:

*Jamie Guyette*
Jamie Guyette, LMSW

Signature: Electronically signed by Jamie Guyette on 06/05/2025 at 9:41 am

Supervisor Name/Credentials/Title:
Signature:

Medication Provider/Credentials/Title:

*Caleb J Richter*
Caleb J Richter M.S, PA-C

Signature: Electronically signed by Caleb Richter, PA-C on 06/05/2025 at 11:06 am

Physician Name/Credentials/Title:

*Jeffrey Aronowitz*
Jeffrey S. Aronowitz, M.D.

Signature: Electronically signed by Jeffrey Aronowitz, MD on 06/07/2025 at 10:11 am