# Exhibit U

← (V) [REDACTED]                📞 📹 ⋮

No matter what pills he is on he can't comprehend danger or the actions there of

I'll stop at school in an hour or teo

Ty

Tuesday, Feb 25 • 2:22 PM

Was you able to meet with [REDACTED]

School did not allow me to because of the issues I'm having with another school

I was just about to message u

I see                          ↓

⊕  RCS message          ☺  🖼  �112

|||            O            <            🧍