# Exhibit V

**Professional Credentials and Community Involvement**

**Name:** Wyatt Wagner
**Age:** 21
**Education:** Currently pursuing a Bachelor's degree in Health and Human Services (on a 5-month term break)
**Current Studies:** Enrolled at JCC for a Direct Support Professional (DSP) micro-credential

---

## Current Professional Experience

- Professional Youth Peer Advocate
- Teen Anger Management Facilitator
- Direct Support Professional (DSP)

---

## Current Community Involvement

- Running for District 3 Legislator (Town of Denmark)
- Founder and Director of Youth of Lewis County (501c3) since February 2024
- Organizer of the First Ever Lewis County Renaissance Faire
- System of Care Youth Representative (since 2022)
- UMass Young Adult Advisory Board Member (since 2024)
- NYS Council on Developmental Disabilities (awaiting background check)

---

## Previous Involvement

- Co-Chair of Lewis County Community Services Board (2022-2025)
- Co-Chair of Lewis County Developmental Disability Subcommittee (2022-2025)
- NYS Governor's Youth Council (2024-2025)
- Team Lead Peer Educator at Planned Parenthood (2024-2025)
- Speaker at events like NYS Advocacy Institute
- Helped set up Tug Hill Climate Reality Chapter
- Dressed as McGruff at Lewis County Night Out events

Association of New York State Youth Bureaus



# Certificate of Recognition

*For your dedication to promote positive youth development throughout New York State*
*The Association of NYS Youth Bureaus recognizes*

## Wyatt Wagner

### Lewis County

*For your service on the* ***NYS Governor's Youth Council***
*in recognition of your extraordinary skills, citizenship, and community engagement as an outstanding youth leader in New York State.*

***April 1, 2024 – March 31, 2025***
*Term*

Families Together in NYS Youth Power!

# CERTIFICATE

## OF GRADUATION

This Certificate is proudly awarded to

*Wyatt Wager*

*For successfully completing the 2023 University of Youth Power*

**July 24, 2023 | Siena College Loudonville, NY**

*Tiara Springer-Love*

**TIARA SPRINGER–LOVE**
DIRECTOR
YOUTH POWER

*Paige A. Pierce*

**PAIGE PIERCE**
CEO
FAMILIES TOGETHER IN NYS

# Anger Management Institute

## Trainer-Specialist Certification Webinar/Workshops

**July 20-21, 2023**

**Anger Management Institute, Oak Brook IL**
13 CEUS of Continuing Education Credit by the

***National Anger Management Association***

HAS BEEN AWARDED TO:

# Wyatt Wagner

The Anger Management Institute is NAMA
Continuing Education Provider Number 102

Anger Management Institute
1200 Harger Road Suite 602
Oak Brook IL 60523
630-368-1880

**www.whatsgoodaboutanger.com**

# Certificate of Completion

~~~~

## Anger Management Institute Webinar

HAS BEEN AWARDED TO

## *Wyatt Wagner*

**~ *July 21, 2023* ~**

*Upon successful completion of the Anger Management Institute Trainer-Specialist Webinar-Workshops held July 20-21, 2023*

**Location:** Live Webinar

Lynette J. Hoy, NCC, LCPC, CAMS-V

***Lynette J. Hoy, NCC, LCPC, CAMS-V***
***President and Training Director***

***CounselCare Connection, P.C. - Anger Management Institute, 1200 Hager Road, Suite 602, Oak Brook IL 60523***

***www.whatsgoodaboutanger.com***
~~~~

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Wyatt Wagner

HAS SUCCESSFULLY COMPLETED 12 HOURS OF

## Bridges out of Poverty Training

Bridges out of Poverty Lewis County

AUGUST 10,
2023

*Stephanie Houser Fouse, Karen Carr*

**SIGNED**: *Stephanie Houser Fouse and Karen Carr*, Trainers

aha! Process, Inc. A Ruby Payne Company

# National Anger Management Association

*Be it known that*

## Wyatt Wagner

*Has been duly selected and approved by the Association for*

## Certified Anger Management Specialist-I

*designation from the National Anger Management Association*

*having met the professional standards of training*

*and qualifications of this organization*

*As such is granted all the rights and privileges pertaining thereto.*

*August 5, 2023*

*Issue Date*

*Richard H. Pfeiffer, M.Div, Ph.D.*

# National Anger Management Association

*Be it known that*

## Wyatt Wagner

*Has been duly selected and approved by the Association for*

## Member

*level membership in good standing of the National Anger Management Association having met professional standards and qualifications of this organization. As such is granted all the rights and privileges pertaining thereto.*

*August 5, 2023*
*Issue Date*

*Richard H. Pfeiffer, M.Div, Ph.D.*

# FAMILIES TOGETHER IN NYS, INC.

*This Certificate of Completion is awarded to*

## *Wyatt Wagner*

*upon successful completion of all the requirements of the*

YOUTH PEER ADVOCATE (YPA)
TRAINING

*January 16, 2024*
Date

Families Together
in New York State

# Certificate of Completion

## Mandated Reporter Training:

Identifying and Reporting Child Abuse and Maltreatment

2.0 hours*

*DCCS approved training topics:

Child abuse and maltreatment identification and prevention; statutes and regulations pertaining to child abuse and maltreatment; business record maintenance and management; and adverse childhood experiences.

**Wyatt M Wagner**

Date Completed: 05/11/2023

**Sponsored by the**

**New York State Office of Children and Family Services**

NEW YORK STATE | Office of Children and Family Services

Families Together in NYS YPA

This is to certify that

# WYATT WAGNER

has fulfilled the requirements for the

*PROVISIONAL*

**YOUTH PEER ADVOCATE CREDENTIAL**

*Valid until December 6, 2024*

**PAIGE A. PIERCE**
**Chief Executive Officer**

0267

**ROBERT LETTIERI**
**Director of Youth Training**