# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

WYATT WAGNER,

                            Plaintiff,

vs.

COPENHAGEN CENTRAL SCHOOL DISTRICT
and SCOTT CONNELL,

                            Defendants

**NOTICE OF MOTION**
Civil Action No.: 6:25-cv-659
(BKS/TWD)

PLEASE TAKE NOTICE, that upon the pleadings in this action and the Declaration of

Frank W. Miller dated February 27, 2026 with exhibits, and Defendants' accompanying

Memorandum of Law, Defendants will move this Court for an Order dismissing Plaintiff's

Second Amended Complaint [Dkt No. 72]in its entirety, with prejudice, pursuant to Fed. R. Civ.

12(b)(6) together with such other relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served no

later than 21 days from the date of service of this motion.

Dated: February 27, 2026
        Syracuse, New York                    Respectfully submitted,

                                              **HANCOCK ESTABROOK, LLP**

                                              By: _Robert C. Whitaker Jr._
                                                  Robert C. Whitaker Jr.
                                                  Bar Roll No. 515645
                                                  *Attorneys for Defendants*
                                                  1800 AXA Tower 1
                                                  100 Madison Street
                                                  Syracuse, New York 13202