# EXHIBIT 1



# HANCOCK ESTABROOK LLP

**Frank W. Miller, Esq.**
Telephone: (315) 565-4560
E-Mail: fmiller@hancocklaw.com

May 12, 2025

*Via Certified Mail:*
*7018 2290 0001 5240 1291*
*and U.S. Mail*
Mr. Wyatt Wagner
9502 State Route 12, Apt., 2
Copenhagen, NY 13616

**Re: Wyatt Wagner v. Copenhagen Central School District**

Dear Mr. Wagner:

We are the attorneys for the Copenhagen Central School District and represent it in connection with a Notice of Claim you have recently filed against the school district. Enclosed for service upon you, please find a Demand for Examination Pursuant to General Municipal Law § 50-h. By the service of this demand, you are required to appear for a deposition, under oath, regarding the specifics of your notice of claim. At that time, you must appear and answer questions concerning the claim.

Please be advised that at the examination, you have the right to representation by legal counsel, although legal counsel representation is not required.

Please be further advised that in the event that you fail to appear for the examination, your claim may be severely limited and/or barred in its entirety.

We are able to arrange to conduct this examination virtually, via computer. Please advise if you have access to a computer where we can send you a link for the examination. In the event that you do not have access to such facilities, we will arrange to conduct the examination at the Lewis County Courthouse.

Please also advise this office promptly if for any reason you have some conflict in your schedule which constitutes a legitimate, good faith basis for adjournment of this hearing. If so, we will work with you to arrange a new date at a time of mutual convenience.

Please direct all further inquiries in this matter to the undersigned.



I look forward to the courtesy of your cooperation in this matter.

Sincerely,

**HANCOCK ESTABROOK, LLP**
/s/ *Frank W. Miller*
Frank W. Miller

FWM/ko
Enc.

Cc:   Mr. Scott Connell, Superintendent, Copenhagen Central School District

Wyatt Wagner,

         Claimant,

                                **DEMAND FOR EXAMINATION
PURSUANT TO GENERAL
MUNICIPAL LAW § 50-h**

        v.

Copenhagen Central School District,

         Respondents.

STATE OF NEW YORK    )
COUNTY OF ONONDAGA) ss.:

TO:   Wyatt Wagner
       9502 State Route 12, Apt. 2
       Copenhagen, NY 13616
       Wyatt.wagner94@gmail.com

PLEASE TAKE NOTICE, that pursuant to General Municipal Law §50-h the testimony upon oral examination of **Wyatt Wagner** will be taken before a notary public who is not an attorney, or an employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein remotely at **10:00 a.m. on June 25, 2025** with respect to the allegations of the Notice of Claim and related subjects.

**PLEASE TAKE FURTHER NOTICE** that the Notice of Claim appears to allege a claim within the scope and purview of GML § 50-h and therefore, this Demand is lawful and appropriate.

PLEASE TAKE FURTHER NOTICE, that application for adjournment should be made at least five (5) days prior to the date set for the examination and no adjournment will be granted except upon written stipulation, filed in the office of the undersigned.

Date: May 12, 2025
     Syracuse, New York

                 Respectfully submitted,

                 HANCOCK ESTABROOK, LLP

By: /s/ *Frank W. Miller*
     **Frank W. Miller, Esq.**
     *Attorney for the Respondents*
     *Copenhagen CSD*
     1800 AXA Tower 1
     100 Madison Street
     Syracuse, NY 13202
     Telephone: (315) 565-4560
     fmiller@hancocklaw.com