# EXHIBIT 2

| | |
|---|---|
| **From:** | Wyatt wagner <wyatt.wagner94@gmail.com> |
| **Sent:** | Wednesday, June 25, 2025 1:26 PM |
| **To:** | Kathleen A. O'Neill |
| **Subject:** | Re: Adjournment of General Municipal Law Section 50-h scheduled for June 25, 2025 at 10:00 a.m. |

Dear Kathy,

Thank you for providing the July dates.

However, as they failed to conduct the previously scheduled 50-h hearing today, June 25, 2025, and previously attempted to adjourn to dates beyond the statutory 90-day period, it is my position that they have now waived their right to the 50-h hearing.

Therefore, I will be moving forward with the court proceedings without the 50-h hearing, unless otherwise specified by a judge.

Please have Mr. Miller contact me directly with any questions or concerns.

Sincerely,

Wyatt Wagner


On Wed, Jun 25, 2025 at 12:35 PM Kathleen A. O'Neill <koneill@hancocklaw.com> wrote:

Mr. Wagner:

Per your request, I am providing dates in July 2025 for the 50-h examination in the matter of Wagner v. Copenhagen CSD.

July 1, 14, 16, 18, 29, 30, and 31, 2025.

Kathy


**Kathleen O'Neill**

**Administrative Assistant**

**Hancock Estabrook, LLP**


** Please note our new contact information **

1800 AXA Tower I

100 Madison Street | Syracuse, New York 13202

Phone: 315.565.4711 | Fax: 315.565.4811

Email: koneill@hancocklaw.com | www.hancocklaw.com



HANCOCK
ESTABROOK℠

Celebrating 135 Years | Est. 1889

NOTICE: The content of this email is confidential and may include privileged information. If you are not the intended recipient, you may not copy, use, disclose or share it with any third party without the consent of the sender. If you received this email in error, please notify the sender by reply email and delete the original message.

**From:** Wyatt wagner <wyatt.wagner94@gmail.com>
**Sent:** Wednesday, June 25, 2025 9:47 AM
**To:** Kathleen A. O'Neill <koneill@hancocklaw.com>
**Subject:** Re: Adjournment of General Municipal Law Section 50-h scheduled for June 25, 2025 at 10:00 a.m.

Please provide me with the link to today's hearing. Thank you.

On Tue, Jun 24, 2025 at 10:00 AM Wyatt wagner <wyatt.wagner94@gmail.com> wrote:

Dear Kathy,

Thank you for your email regarding the rescheduling of the hearing in the matter of Wagner v. Copenhagen.

Unfortunately, I must inform you that the hearing is scheduled for tomorrow, June 25, 2025, and I cannot accept any dates beyond the 90-day period allowed. If you wish to hold the hearing in July, please provide me with available dates for that month.

Please note that I have no availability from July 21 to July 25, and I am typically available in the mornings.

Additionally, if the school is willing to drop the trespass ban, I would be open to rescheduling beyond the 90-day timeframe, as my rights would no longer be continuously violated.

I look forward to your prompt response.

Best regards,

Mr. Wagner


On Mon, Jun 23, 2025 at 1:32 PM Kathleen A. O'Neill <koneill@hancocklaw.com> wrote:

Mr. Wyatt:

Mr. Miller is adjourning the 50-h scheduled in the matter of Wagner v. Copenhagen for June 25, 2025 at 10:00 a.m. and we need to reschedule.

I would like to know if you are available on any of these dates: August 14, 15, 16, 17 18, and 21, 2025.

Please let me know if any of these dates are available for you to attend the examination. If you are unavailable on the dates above, please suggest dates that you are available.

Thank you.

Kathy


**Kathleen O'Neill**

**Administrative Assistant**

**Hancock Estabrook, LLP**


** **Please note our new contact information** **


1800 AXA Tower I

100 Madison Street | Syracuse, New York 13202

Phone: 315.565.4711 | Fax: 315.565.4811

Email: koneill@hancocklaw.com | www.hancocklaw.com



# HANCOCK
# ESTABROOK℠

Celebrating 135 Years | Est. 1889

---

NOTICE: The content of this email is confidential and may include privileged information. If you are not the intended recipient, you may not copy, use, disclose or share it with any third party without the consent of the sender. If you received this email in error, please notify the sender by reply email and delete the original message.

| | |
|---|---|
| **From:** | Kathleen A. O'Neill |
| **Sent:** | Wednesday, June 25, 2025 12:36 PM |
| **To:** | Wyatt wagner |
| **Subject:** | RE: Adjournment of General Municipal Law Section 50-h scheduled for June 25, 2025 at 10:00 a.m. |

Mr. Wagner:

Per your request, I am providing dates in July 2025 for the 50-h examination in the matter of Wagner v. Copenhagen CSD.

July 1, 14, 16, 18, 29, 30, and 31, 2025.

Kathy

**Kathleen O'Neill**
**Administrative Assistant**
**Hancock Estabrook, LLP**

**\*\* Please note our new contact information \*\***

1800 AXA Tower I
100 Madison Street | Syracuse, New York 13202
Phone: 315.565.4711 | Fax: 315.565.4811
Email: koneill@hancocklaw.com | www.hancocklaw.com



HANCOCK
ESTABROOK™

Celebrating 135 Years | Est. 1889

NOTICE: The content of this email is confidential and may include privileged information. If you are not the intended recipient, you may not copy, use, disclose or share it with any third party without the consent of the sender. If you received this email in error, please notify the sender by reply email and delete the original message.

From: Wyatt wagner <wyatt.wagner94@gmail.com>
Sent: Wednesday, June 25, 2025 9:47 AM
To: Kathleen A. O'Neill <koneill@hancocklaw.com>
Subject: Re: Adjournment of General Municipal Law Section 50-h scheduled for June 25, 2025 at 10:00 a.m.

Please provide me with the link to today's hearing. Thank you.

On Tue, Jun 24, 2025 at 10:00 AM Wyatt wagner <wyatt.wagner94@gmail.com> wrote:

Dear Kathy,

Thank you for your email regarding the rescheduling of the hearing in the matter of Wagner v. Copenhagen.

Unfortunately, I must inform you that the hearing is scheduled for tomorrow, June 25, 2025, and I cannot accept any dates beyond the 90-day period allowed. If you wish to hold the hearing in July, please provide me with available dates for that month.

Please note that I have no availability from July 21 to July 25, and I am typically available in the mornings.

Additionally, if the school is willing to drop the trespass ban, I would be open to rescheduling beyond the 90-day timeframe, as my rights would no longer be continuously violated.

I look forward to your prompt response.

Best regards,

Mr. Wagner


On Mon, Jun 23, 2025 at 1:32 PM Kathleen A. O'Neill <koneill@hancocklaw.com> wrote:

Mr. Wyatt:

Mr. Miller is adjourning the 50-h scheduled in the matter of Wagner v. Copenhagen for June 25, 2025 at 10:00 a.m. and we need to reschedule.

I would like to know if you are available on any of these dates: August 14, 15, 16, 17 18, and 21, 2025.

Please let me know if any of these dates are available for you to attend the examination. If you are unavailable on the dates above, please suggest dates that you are available.

Thank you.

Kathy


**Kathleen O'Neill**

**Administrative Assistant**

**Hancock Estabrook, LLP**


** Please note our new contact information **

1800 AXA Tower I

100 Madison Street | Syracuse, New York 13202

Phone: 315.565.4711 | Fax: 315.565.4811

Email: koneill@hancocklaw.com | www.hancocklaw.com



Celebrating 135 Years | Est. 1889

NOTICE: The content of this email is confidential and may include privileged information. If you are not the intended recipient, you may not copy, use, disclose or share it with any third party without the consent of the sender. If you received this email in error, please notify the sender by reply email and delete the original message.