# EXHIBIT 3



Frank W. Miller, Esq.
Telephone: (315) 565-4560
fmiller@hancocklaw.com

July 7, 2025

*Via E-Mail:* Wyatt.wagner94@gmail.com
Wyatt Wagner
9502 State Route 12, Apt. 2
Copenhagen, NY 13616

   Re: **Wyatt Wagner v. Copenhagen Central School District and Scott Connell**
      **Index No.: 6:25-cv-00659**

Sir:

  Attached for service upon you please find the Amended Demand for Examination pursuant to General Municipal Law §50-h. The examination will be conducted remotely. It will be a virtual examination. We will send the link to the current email address on file.

  Our right and entitlement to this examination has not been waived. To the contrary, your Notice of Claim was received by the school district on May 2, 2025. Contrary to your claims, the 90-day period within which to notice this examination does not expire until July 30, 2025. The exam was originally set to be conducted on June 25, 2025. We advised you telephonically that because of a court conflict in my schedule, it was necessary to adjourn the same. You provided us with a list of dates when you were not available and dates when you were available. One of those dates when you are available for the examination is July 16, 2025 at 10 o'clock a.m. Therefore, the attached notice sets the schedule for the examination.

  Please be further advised that the 90-day period within which to schedule this examination does not expire until July 30, 2025. Your claims that this examination right is waived are frivolous and meritless. You are obligated to submit to this exam.

  Please be further advised that some of the claims asserted in the Notice of Claim are more than likely time-barred already. However, since from the face of the Notice of Claim it appears that some claims may still be timely, we are insisting upon this examination. Should you fail to cooperate with the examination, it will be you who will be waiving the claim. Case law is clear that the failure cooperate in the 50-h Examination will result in your claim being substantially limited and/or barred in its entirety.

  Please be governed accordingly.

        Sincerely,

       **HANCOCK ESTABROOK, LLP**
        /s/ *Frank W. Miller*
        Frank W. Miller

Cc: Scott Connell, Superintendent of Schools (sconnell@ccsknights.org)

STATE OF NEW YORK
SUPREME COURT:            COUNTY OF LEWIS

_____

Wyatt Wagner,

                    Claimant,

                                                    AMENDED DEMAND FOR
                                                    EXAMINATION PURSUANT
                                                    TO GENERAL MUNICIPAL
                                                    LAW § 50-h

          v.

Copenhagen Central School District,

                    Respondents.

_____

STATE OF NEW YORK    )
COUNTY OF ONONDAGA)  ss.:

TO:   Wyatt Wagner
      9502 State Route 12, Apt. 2
      Copenhagen, NY 13616
      Wyatt.wagner94@gmail.com


PLEASE TAKE NOTICE, that pursuant to General Municipal Law §50-h the testimony

upon oral examination of **Wyatt Wagner** will be taken before a notary public who is not an

attorney, or an employee of an attorney, for any party or prospective party herein and is not a

person who would be disqualified to act as a juror because of interest or because of

consanguinity or affinity to any party herein remotely at **10:00 a.m. on Wednesday, July 16,**

**2025** with respect to the allegations of the Notice of Claim and related subjects.

PLEASE TAKE FURTHER NOTICE that the Notice of Claim appears to allege a

claim within the scope and purview of GML § 50-h and therefore, this Demand is lawful and

appropriate.

PLEASE TAKE FURTHER NOTICE, that application for adjournment should be made at least five (5) days prior to the date set for the examination and no adjournment will be granted except upon written stipulation, filed in the office of the undersigned.

Date: July 2, 2025
       Syracuse, New York                          Respectfully submitted,

                                   HANCOCK ESTABROOK, LLP

                           By: /s/ *Frank W. Miller*
                                 Frank W. Miller, Esq.
                                 *Attorney for the Respondents*
                                 *Copenhagen CSD*
                                 1800 AXA Tower 1
                                 100 Madison Street
                                 Syracuse, NY 13202
                                 Telephone: (315) 565-4560
                                 fmiller@hancocklaw.com