# EXHIBIT 4

RE: Wyatt Wagner v. Copenhagen Central School District and Scott Connell

Index No.: 6:25-cv-00659

Failure to Conduct General Municipal Law Section 50-h Hearing

Dear Mr. Miller,

I am in receipt of your Amended Demand for Examination pursuant to General Municipal Law §50-h, dated July 2, 2025 , and your letter dated July 7, 2025.

As previously communicated in my letter dated June 25, 2025 , the General Municipal Law Section 50-h hearing in the matter of

*Wagner v. Copenhagen* was scheduled for June 25, 2025, at 10:00 a.m.. On Monday, June 23, 2025, your office informed me of your intention to adjourn the scheduled 50-h hearing and proposed alternative dates in August 2025. In my response on Tuesday, June 24, 2025, I explicitly stated that I could not accept any dates beyond the 90-day period allowed by law. I further requested that you provide available dates for July if you wished to hold the hearing that month. Despite this scheduled time and my request for the hearing link , no link or access was provided, and the municipality failed to attend the scheduled examination.

The municipality's failure to conduct the 50-h hearing on June 25, 2025 , coupled with the prior attempt to adjourn to dates beyond the statutory 90-day period, constitutes a failure to comply with the demand for examination.

Furthermore, while your letter references that some claims may be time-barred, please be advised that such limitations would not apply in this case, as the Copenhagen Central School District continues to violate my whistleblower, DASA (Dignity for All Students Act), and other protections under New York State law. Therefore, as the harm is still ongoing, the 90-day period for the Notice of Claim cannot conclude until the continuous harm has ceased.

Therefore, please be advised that this attempt at rescheduling is considered meritless and illegal. Unless ordered by a judge, I will not be participating in a 50-h hearing, as the Copenhagen Central School District waived its right to the hearing by failing to attend the previously scheduled examination on June 25, 2025.

Sincerely,

Wyatt Wagner

**Wyatt Wagner**

Digitally signed by Wyatt Wagner
Date: 2025.07.08
08:59:17 -04'00'

**Re: Wyatt Wagner v. Copenhagen Central School District**

**Demand for 50-h Examination**

I am in receipt of your letter dated July 9, 2025, which states that you will consider my refusal to attend the 50-h examination scheduled for July 16, 2025, as final, and that my claims under state law will be subject to dismissal.

Please understand that nowhere within General Municipal Law 50-h does it state that the municipality can adjourn a hearing beyond the 90 days without the complainant's permission. I was very clear in my email correspondence that failing to provide dates within the 90-day period prior to the originally scheduled hearing would constitute a waiver if you failed to attend the originally scheduled hearing. No such dates were provided until after the originally scheduled hearing, and it is very clear from my attempts to join that I was ready and willing to proceed at that time.

My position remains that there has been a waiver of your right to a 50-h hearing when your office failed to attend the originally scheduled examination. Therefore, no claims will be dismissed on that basis, and the hearing you are attempting to schedule is baseless. I have not waived any rights and I stand firm on that position.

As stated previously, if you have a problem with the way you waived your rights, please have a judge order the 50-h hearing by making a motion in our ongoing federal case regarding the already amended complaint. Any further attempts to demand a 50-h hearing outside of a judge's order will be considered baseless and will be ignored.

Sincerely,

Wyatt Wagner

9502 State Route 12, Apt. 2

Copenhagen, NY 13616