# EXHIBIT 5



**Frank W. Miller, Esq.**
Telephone: (315) 565-4560
fmiller@hancocklaw.com

July 9, 2025

<u>*Via E-Mail:*</u> **Wyatt.wagner94@gmail.com**
Wyatt Wagner
9502 State Route 12, Apt. 2
Copenhagen, NY 13616

   **Re: Wyatt Wagner v. Copenhagen Central School District**
      **Demand for 50-h Examination**

Sir:

   We acknowledge receipt of your email correspondence of July 8, 2025. It appears from that letter that you will not attend the 50-h examination scheduled for July 16, 2025. In light of the same, we will consider your refusal to be final. We will proceed accordingly.

   If at any time you recognize your obligation to submit to the 50-h examination prior to the 16th, please contact this office and we will send you the necessary link. Otherwise, you may consider that your refusal stands and that your claims under state law will be subject to dismissal pursuant to the provisions of General Municipal Law 50-h and the relevant case law.

      Sincerely,

    **HANCOCK ESTABROOK, LLP**
     /s/ *Frank W. Miller*
     Frank W. Miller

Cc: Scott Connell, Superintendent of Schools (sconnell@ccsknights.org)