# EXHIBIT 6

**Re: Wyatt Wagner v. Copenhagen Central School District**

**Demand for 50-h Examination**

I am in receipt of your letter dated July 9, 2025, which states that you will consider my refusal to attend the 50-h examination scheduled for July 16, 2025, as final, and that my claims under state law will be subject to dismissal.

Please understand that nowhere within General Municipal Law 50-h does it state that the municipality can adjourn a hearing beyond the 90 days without the complainant's permission. I was very clear in my email correspondence that failing to provide dates within the 90-day period prior to the originally scheduled hearing would constitute a waiver if you failed to attend the originally scheduled hearing. No such dates were provided until after the originally scheduled hearing, and it is very clear from my attempts to join that I was ready and willing to proceed at that time.

My position remains that there has been a waiver of your right to a 50-h hearing when your office failed to attend the originally scheduled examination. Therefore, no claims will be dismissed on that basis, and the hearing you are attempting to schedule is baseless. I have not waived any rights and I stand firm on that position.

As stated previously, if you have a problem with the way you waived your rights, please have a judge order the 50-h hearing by making a motion in our ongoing federal case regarding the already amended complaint. Any further attempts to demand a 50-h hearing outside of a judge's order will be considered baseless and will be ignored.

Sincerely,

Wyatt Wagner

9502 State Route 12, Apt. 2

Copenhagen, NY 13616