

**FRANK W. MILLER**
*fmiller@hancocklaw.com*

March 18, 2026

<u>*Via CM/ECF*</u>
Hon. Carla B. Freedman
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

    **Re:**    *Wyatt Wagner v. Copenhagen Central School District, et al.*
            **Case No. 6:25-cv-00659 (BKS/CBF)**

Dear Judge Freedman:

My firm represents the Defendants in the above-referenced action. Please be advised that Attorney Giancarlo Facciponte is no longer with my firm and should be removed from the docket for this matter as my firm will remain counsel of record for Defendants.

Thank you for your courtesy and attention herein.

               Respectfully submitted,

               HANCOCK ESTABROOK, LLP

               *s/Frank W. Miller*
               Frank W. Miller

FWM/sat

cc:      Counsel of Record (*via CM/ECF*)