

**ROBERT C. WHITAKER, JR.**
*rwhitaker@hancocklaw.com*

July 28, 2026

<u>**Via ECF**</u>
Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

> Re:    *Wyatt Wagner v. Copenhagen Central School District, et al.*
>          **Case No. 6:25-cv-00659 (BKS/CBF)**

Dear Judge Sannes:

The Court issued a Text Order yesterday scheduling a telephonic motion hearing on August 10, 2026, at 2:00 pm. However, I am out of town for a pre-planned family vacation from August 9 – 16. The location of our vacation is at a camp in a rural part of Northern New York that tends to have spotty cell phone reception. Thus, I respectfully request that the Court reschedule the hearing to a later date.

If the Court grants this request, please note that I have an in-person hearing in Buffalo before the U.S. District Court for the Western District of New York on August 26, 2026. However, I do not have any other firm conflicts during the last two weeks of August or the first two weeks of September.

Thank you for your time and consideration of this request.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Robert C. Whitaker, Jr.

cc:    Wyatt Wagner (via email and first-class mail)
       9502 State Route 12
       Apt 2
       Copenhagen, NY 13626

4937-3629-2801, v. 1