UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WYATT WAGNER,

Plaintiff,

vs.

COPENHAGEN CENTRAL SCHOOL DISTRICT
and SCOTT CONNELL,

Defendants.

---

**AFFIRMATION OF SERVICE**

Case No.: 6:25-cv-659
(BKS/CBF)

Sherry A. Taylor, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

1. On August 21, 2026, a copy of Defendant's Answer to Second Amended Complaint was served upon:

WYATT WAGNER
9502 STATE ROUTE 12, APT. 2
COPENHAGEN, NY 13626

the same being the address designated by said party for that purpose, by causing same to be emailed and deposited in a postpaid and properly addressed wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York.

Sherry A. Taylor